# United States Bankruptcy Court
## Southern District of New York

In re   Evergreen Gardens Mezz LLC                                    Case No.   21-_____ ( )
                                    Debtor(s)                         Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I hereby verify that the attached list of creditors and other parties in interest of the above-referenced debtor, submitted in accordance with Rule 1007(a) of the Federal Rules of Bankruptcy Procedures and Rule 1007-1(a) of the Local Bankruptcy Rules for the Southern District of New York, is true and correct to the best of my knowledge.[1]

Date:   February 22, 2021

Joel Biran, Authorized Signatory

---

[1] The listing of any claimant or other party in interest in the attached matrix does not constitute an admission by the Debtor of any claim or other legal right, and the Debtor reserves all rights to dispute, reclassify, or challenge the nature of any asserted claim or right.

```
INTERNAL REVENUE SERVICE
C/O US ATTORNEY CLAIMS UNIT
ONE SAINT ANDREWS PLAZA RM 417
NEW YORK, NY 10007

MREF REIT LENDER 9 LLC
C/O MACK REAL ESTATE GROUP
60 COLUMBUS CIRCLE, 20TH FLOOR
ATTENTION: KEVIN CULLINAN
NEW YORK, NY 10023

MREF REIT LENDER 9 LLC
C/O SHAPIRO & GELLERT, PLLC
651 BRIARWOOD COURT
ATTENTION: ROBERT A. RIVA
ORADELL, NJ 07649

NYC DEPT. OF FINANCE
OFFICE OF LEGAL AFFAIRS
375 PEARL STREET, 30TH FLOOR
NEW YORK, NY 10038

NYS DEPT. TAXATION & FINANCE
BANKRUPTCY/SPECIAL PROCEDURES SECTION
P.O. BOX 5300
ALBANY, NY 12205-0300

UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK
ATTENTION: TAX & BANKRUPTCY UNIT
86 CHAMBERS STREET, THIRD FLOOR
NEW YORK, NY 10007

UNITED STATES TRUSTEE'S OFFICE
REGION 2
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

VCORP SERVICES
25 ROBERT PITT DRIVE #204
MONSEY, NY 10952
```