WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Matthew P. Goren

*Proposed Attorneys for the Debtor*
*and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                                      :

In re                                                      :         Chapter 11

**EVERGREEN GARDENS MEZZ LLC,**      :         Case No. 21-10335 (MG)

          **Debtor.**                              :

Fed. Tax Id. No. 83-3200416                 :
------------------------------------------------------------x

**DECLARATION OF EPHRAIM DIAMOND REGARDING**
**THE DEBTOR'S FIRST DAY PLEADINGS AND RELATED FILINGS**

      I, Ephraim Diamond, pursuant to section 1746 of title 28 of the United States Code, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

**BACKGROUND**

      1.    I am the founder and managing member of Arbel Capital Advisors LLC, an advisory firm providing restructuring and bankruptcy advisory and fiduciary services for the real estate, investable litigation, and litigation funding industries. I previously served as Associate Restructuring Officer and General Counsel for Brookland Capital LLC and its affiliated companies, which comprise a Brooklyn-based real estate development company. In addition, I have served as an independent director for several companies, both inside and outside of distressed

situations, including Ford Models, Inc. and the Nine West Litigation Trust. From January 2008 through June 2018, I served as a director and senior lead analyst at Davidson Kempner Capital Management, LP. Prior to that, I was a corporate bankruptcy associate at Paul, Weiss, Rifkind Wharton & Garrison, LLP from 2001 through 2007. I have approximately 20 years of experience in bankruptcy and restructuring.

2. I am the Associate Restructuring Officer ("**ARO**") of All Year Holdings Limited ("**All Year Holdings**" and, together with its direct and indirect subsidiaries, collectively "**All Year**"), a company organized as a BVI Business Company under the laws of the British Virgin Islands. Among All Year Holdings' direct and indirect subsidiaries is Evergreen Gardens Mezz LLC, a limited liability company organized under the laws of the State of New York (the "**Debtor**"). The board of directors of All Year Holdings (the "**Board of Directors**") approved my retention, along with the retention of Mr. Joel Biran as the Chief Executive Officer ("**CEO**") and Chief Restructuring Officer ("**CRO**") of All Year Holdings, on December 30, 2020. On February 22, 2021 (the "**Petition Date**"), the Debtor commenced a case (the "**Chapter 11 Case**") under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

3. I am knowledgeable and familiar with the Debtor's business and financial affairs. The facts set forth herein are based upon my personal knowledge, my review of relevant documents, information provided to me by employees of All Year working under my supervision, or my opinion based upon experience, knowledge, and information concerning the Debtor and All Year. I am knowledgeable and familiar with the documents identified below that were filed by the Debtor in the Chapter 11 Case and, if called upon to testify, I would testify competently to the facts set forth therein:

    a. *Voluntary Chapter 11 Petition for Evergreen Gardens Mezz LLC* (ECF No. 1);

    b. *Corporate Ownership Statement and List of Equity Holders Pursuant to Fed. R. Bankr. P. 1007(a)(1) and 1007.1* (ECF No. 2);

    c. *Declaration of Joel Biran Pursuant to Local Bankruptcy Rule 1007-2* (ECF No. 3) (other than paragraph 1 thereof);

    d. *Verification of Creditor Matrix* (ECF No. 4);

    e. *Schedules of Assets and Liabilities for Evergreen Gardens Mezz LLC* (ECF No. 12);

    f. *Statement of Financial Affairs for Evergreen Gardens Mezz LLC* (ECF No. 13);

    g. *Debtor's First Periodic Report Pursuant to Fed. R. Bankr. P. 2015.3* (ECF No. 15); and

    h. *Amended Schedules of Assets and Liabilities for Evergreen Gardens Mezz LLC* (ECF No. 18).

4. On February 19, 2021, Mr. Biran provided notice to All Year Holdings that he would be resigning his positions as CEO and CRO, effective as of February 28, 2021. All Year Holding is not a debtor in the Chapter 11 Case. On March 4, 2021, Mr. Asaf Ravid was appointed by the Board of Directors as the CEO and CRO of All Year Holdings.

Dated: April 6, 2021
      New York, New York

                                  /s/ *Ephraim Diamond*
                                  Ephraim Diamond
                                  Authorized Signatory
                                  Associate Restructuring Officer, All Year Holdings Limited