Kizzy Jarashow
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
T: 212.813.8800
F: 212.355.3333
kjarashow@goodwinlaw.com

*Counsel to MREF REIT Lender 9 LLC and*
*MREF REIT Lender 15 LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X
                         :

**In re**                                   :          **Chapter 11**
                         :

**EVERGREEN GARDENS MEZZ LLC,** *et al.*,  :        **Case No. 21-10335 (MG)**
                         :

               **Debtors.**[1]     :          **(Joint Administration Pending)**
                         :
-----------------------------------------------------------------X

### SUPPLEMENTAL NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned

proceeding, as counsel to MREF REIT Lender 9 LLC, the secured mezzanine lender of Evergreen

Gardens Mezz LLC, and MREF REIT Lender 15 LLC, the proposed postpetition lender of

Evergreen Gardens I LLC (collectively, the "MREF Lenders"), and requests, pursuant to the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") 2002, 9007 and 9010 and section

1109(b) of the Bankruptcy Code, that all notices and pleadings given or required to be given, and

all papers served or required to be served, be given and served upon:

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Evergreen Gardens Mezz LLC (0416); Evergreen Gardens I LLC (2211); and Evergreen Gardens II LLC (6782). The Debtors' principal offices are located at 199 Lee Avenue, Suite 693, Brooklyn, New York 11211.

Kizzy Jarashow
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
T: 212.813.8800
F: 212.355.3333
kjarashow@goodwinlaw.com

*Counsel to MREF REIT Lender 9 LLC*
*and MREF REIT Lender 15 LLC*

**PLEASE TAKE FURTHER NOTICE** that the undersigned consents to e-mail service.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002 but also includes, without limitation, all orders and notices of any applications, petitions, motions, complaints, requests or demands, hearings, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document (including, without limitation, operating reports, statements of affairs, schedules of assets and liabilities, disclosure statements and/or plans of reorganization) filed with, or otherwise brought before, this Court with respect to the above-captioned case, whether formally or informally, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, claim or suit is intended to confer the jurisdiction of this Bankruptcy Court over the MREF Lenders or to waive: (i) any right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) any right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the district court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which the

MREF Lenders may be entitled under agreements, at law, or in equity, all of which rights, claims,

actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated:  September 14, 2021                         Respectfully submitted,
           New York, New York

                                                   */s/ Kizzy Jarashow*
                                                   Kizzy Jarashow
                                                   GOODWIN PROCTER LLP
                                                   The New York Times Building
                                                   620 Eighth Avenue
                                                   New York, New York 10018
                                                   T: 212.813.8800
                                                   F: 212.355.3333
                                                   kjarashow@goodwinlaw.com

                                                   *Counsel to MREF REIT Lender 9 LLC*
                                                   *and MREF REIT Lender 15 LLC*

**CERTIFICATE OF SERVICE**

I, Kizzy Jarashow, hereby certify that a true and correct copy of the foregoing document

will be forwarded by electronic transmission to all parties registered to receive electronic notice in

these cases, as identified on the Notice of Electronic Filing (NEF), via this Court's CM/ECF

system.

*/s/ Kizzy Jarashow*
Kizzy Jarashow