Michael Friedman
CHAPMAN AND CUTLER LLP
1270 Avenue of the Americas, 30th Floor
New York, NY 10020
Telephone:  (212) 655-6000
Facsimile:  (212) 697-7210
friedman@chapman.com

Stephen R. Tetro II (*pro hac vice admission being sought*)
Aaron M. Krieger
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, IL 60603
Telephone:  (312) 845-3000
Facsimile:  (312) 701-2361
stetro@chapman.com
akrieger@chapman.com

*Counsel to Mishmeret Trust Company Ltd.,*
*as Trustee for the Series E Noteholders*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **EVERGREEN GARDENS MEZZ LLC, *et al.*,** | : | **Case No. 21-10335 (MG)** |
| | : | |
| **Debtors.**[1] | : | **(Joint Administration Pending)** |
| | : | |

-------------------------------------------------------------X

## SUPPLEMENTAL NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF DOCUMENTS

PLEASE TAKE NOTICE that the undersigned hereby appear in the above-captioned cases

on behalf of Mishmeret Trust Company Ltd. (the "*Appearing Party*"), as Trustee for the Series E

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Evergreen Gardens Mezz LLC (0416); Evergreen Gardens I LLC (2211); and Evergreen Gardens II LLC (6782).  The Debtors' principal offices are located at 199 Lee Avenue, Suite 693, Brooklyn, New York 11211.

Noteholders pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedures

(the "*Bankruptcy Rules*") and section 1109(b) of the Bankruptcy Code, and request that all notices

given or required to be given in the above-captioned cases and all papers served in the above-

captioned cases (including, but not limited to, all papers filed and served in all adversary

proceedings, contested matters and other proceedings in the above-captioned cases, and all notices

mailed only to parties in interest who filed with the Court a request that all notices be mailed to

them) be given to and served upon:

> Michael Friedman
> CHAPMAN AND CUTLER LLP
> 1270 Avenue of the Americas, 30th Floor
> New York, NY 10020
> Telephone: (212) 655-6000
> Facsimile: (212) 697-7210
> friedman@chapman.com
>
> Stephen R. Tetro II (*pro hac vice admission being sought*)
> Aaron M. Krieger
> CHAPMAN AND CUTLER LLP
> 111 West Monroe Street
> Chicago, IL 60603
> Telephone: (312) 845-3000
> Facsimile: (312) 701-2361
> stetro@chapman.com
> akrieger@chapman.com
>
> *Counsel to Mishmeret Trust Company Ltd.,*
> *as Trustee for the Series E Noteholders*

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only

notices and papers referred to in the Bankruptcy Rules specified above, but also includes all

orders and notices of any application, motion, petition, pleading, request, complaint, or demand,

statements of affairs, operating reports, schedules of assets and liabilities, whether formal or

informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery,

2

telephone, fax, email or otherwise, that affect, or may potentially affect, the debtors or the property of the debtors.

PLEASE TAKE FURTHER NOTICE that request is also made that the attorneys identified herein be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in the above-captioned case.

PLEASE TAKE FURTHER NOTICE that the attorneys identified herein consent to e-mail service.

PLEASE TAKE FURTHER NOTICE that the Appearing Party does not, by filing this Supplemental Notice of Appearance and Request for Service of Documents or any later appearance, pleading, claim or suit, submit to jurisdiction of the Bankruptcy Court, or intend to waive any rights, including (without limitation): (i) the right to have final order in non-core or *Stern* matters entered only by a district judge; (ii) the right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Appearing Party is or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

Dated:  New York, New York
        September 14, 2021

Respectfully submitted,


By: /s/ *Michael Friedman*

Michael Friedman
CHAPMAN AND CUTLER LLP
1270 Avenue of the Americas, 30th Floor
New York, NY 10020
Telephone:  (212) 655-6000
Facsimile:  (212) 697-7210
friedman@chapman.com

Stephen R. Tetro II (*pro hac vice admission being sought*)
Aaron M. Krieger
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, IL 60603
Telephone:  (312) 845-3000
Facsimile:  (312) 701-2361
stetro@chapman.com
akrieger@chapman.com

*Counsel to Mishmeret Trust Company Ltd.,*
*as Trustee for the Series E Noteholders*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 14, 2021, he caused a true and correct copy of the foregoing Supplemental Notice of Appearance and Request for Service of Documents to be served electronically on those parties registered to receive electronic service through the Court's EFC system, as identified on the Court's Notice of Electronic Filing (NEF).

*/s/ Michael Friedman*
Michael Friedman