Dorsey & Whitney LLP
Samuel S. Kohn
Alessandra Glorioso
Courina Yulisa
51 West 52nd Street
New York, New York 10019-6119
Telephone: (212) 415-9200
Facsimile: (212) 953-7201
Email: kohn.sam@dorsey.com
       glorioso.alessandra@dorsey.com
       yulisa.courina@dorsey.com

*Attorneys for Smart Management NY, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| EVERGREEN GARDENS MEZZ LLC, *et al.*, | Case No. 21-10335-(MG) |
| Debtors. | (Jointly Administered) |

**SMART MANAGEMENT NY, INC.'S RESERVATION OF**
**RIGHTS REGARDING DEBTORS' JOINT CHAPTER 11 PLAN**

Smart Management NY, Inc. ("Smart Management"), by and through its undersigned counsel, submits this reservation of rights regarding the Joint Chapter 11 Plan of Evergreen Gardens I LLC, Evergreen Gardens II LLC and Evergreen Gardens Mezz LLC (the "Plan") and states as follows:

1. Smart Management is a provider of luxury real estate property management services. Smart Management manages and is responsible for the day-to-day operations at Debtors Evergreen Gardens I LLC's and Evergreen Gardens II LLC's properties located at 123 Melrose Street and 54 Noll Street, Brooklyn, New York, pursuant to certain agreements with those Debtors.

2. Smart Management is in discussions with the Debtors and other parties regarding Smart Management's claims and rights relating to and affected by the Plan. Smart Management

4812-7238-4255\1

continues to evaluate its rights and claims and expects to have any outstanding issues with respect thereto resolved in the coming days, and prior to the confirmation hearing.

3. Smart Management reserves its right to supplement this Reservation of Rights and assert any objections it may have to the Plan prior to the hearing regarding confirmation of the Plan.

Dated: October 18, 2021

Respectfully Submitted,

/s/ Samuel S. Kohn
Samuel S. Kohn
Alessandra Glorioso
Courina Yulisa
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, New York 10019-6119
Telephone: (212) 415-9200
Facsimile: (212) 953-7201
E-mail: kohn.sam@dorsey.com
glorioso.alessandra@dorsey.com
yulisa.courina@dorsey.com

*Attorneys for Smart Management NY, Inc.*