**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
:
In re                                                          :         **Chapter 11**
:
**EVERGREEN GARDENS MEZZ LLC,** *et al.*,                    :         **Case No. 21-10335 (MG)**
:
Debtors.                                :         **(Jointly Administered)**
:
:
---------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           )    ss:
COUNTY OF KINGS            )

I, Sung Jae Kim, declare:

1.    I am over the age of 18 years and not a party to these chapter 11 cases.

2.    I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3.    On the 22nd day of October, 2021, DRC, acting under my supervision, caused a true and accurate copy of the following documents:

   a)    Declaration of Israel David Friedman in Support of Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Subsidiary Debtors to (A) Pay Certain Critical Operating Expense Claims, and (B) Honor Tenant Obligations; and (II) Granting Related Relief (Docket No. 168);

   b)    Notice of Presentment of Stipulation and Order Allowing Claim of Smart Management NY, Inc. (Docket No. 169);

   c)    Supplement to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Subsidiary Debtors to (A) Pay Certain Critical Operating Expense Claims, and (B) Honor Tenant Obligations; and (II) Granting Related Relief (Docket No. 170); and

---

1 The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Evergreen Gardens Mezz LLC (0416); Evergreen Gardens I LLC (2211); and Evergreen Gardens II LLC (6782). The Debtors' principal offices are located at 199 Lee Avenue, Suite 693, Brooklyn, New York 11211.

    d)   Notice of Presentment of Motion of Debtors for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (Docket No. 171),

to be served via electronic mail upon the parties as set forth in <u>Exhibit 1</u>; and via First Class U.S. Mail upon the parties as set forth in <u>Exhibit 2</u>, attached hereto.

4.     On the 22nd day of October, 2021, DRC, acting under my supervision, caused a true and accurate copy of the following documents:

    a)   Declaration of Israel David Friedman in Support of Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Subsidiary Debtors to (A) Pay Certain Critical Operating Expense Claims, and (B) Honor Tenant Obligations; and (II) Granting Related Relief (Docket No. 168); and

    b)   Supplement to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Subsidiary Debtors to (A) Pay Certain Critical Operating Expense Claims, and (B) Honor Tenant Obligations; and (II) Granting Related Relief (Docket No. 170); and

to be served via electronic mail upon the parties as set forth in <u>Exhibit 3</u>; and via First Class U.S. Mail upon the parties as set forth in <u>Exhibit 4</u>, attached hereto.

5.     On the 22nd day of October, 2021, DRC, acting under my supervision, caused a true and accurate copy of the "Notice of Presentment of Stipulation and Order Allowing Claim of Smart Management NY, Inc." (Docket No. 169), to be served via electronic mail upon the parties as set forth in <u>Exhibit 5</u>; and via First Class U.S. Mail upon the parties as set forth in <u>Exhibit 6</u>, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 25th day of October, 2021, Brooklyn, New York.

By     _Sung Jae Kim_
                      Sung Jae Kim

Sworn before me this
25th day of October, 2021

_____
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

**EXHIBIT 1**

Evergreen Gardens Mezz LLC
Electronic Mail
Exhibit Pages

10/22/2021 10:04:14 PM

000038P001-1482S-028
1 SEAL USA LLC
544 PK AVE
BROOKLYN NY 11205
INFO@1SEALUSA.COM

000039P001-1482S-028
20/20 INSPECTIONS INC
3716 FORT HAMILTON PKWY
BROOKLYN NY 11218
SURIW@2020INSPECTIONS.COM

000040P001-1482S-028
ABLE FENCING INC
59 COLLINS AVE
SPRING VALLEY NY 10977
OFFICE@ABLEFENCING.NET

000059P001-1482S-028
ANGELO DALISAY
54 NOLL ST
BROOKLYN NY 11206
EMAIL INTENTIONALLY OMITTED

000042P001-1482S-028
AURA ELECTRICAL SUPPLY INC
1355 60TH ST
BROOKLYN NY 11219
RICHARD@AURA-ELECTRIC.COM

000043P001-1482S-028
B&S ENTERPRISES USA INC
YOEL KORENBLY
715 MYRTLE AVE
BROOKLYN NY 11205
SALES@BUYSAVEAPPLIANCES.COM

000044P001-1482S-028
BERRYS COOLING AND HEATING LLC
15 MEADOW ST
BROOKLYN NY 11206
SALES@BERRYSCOOLING.COM

000045P001-1482S-028
BEYOND CONCRETE
36 INDUSTRIAL DR
KEYPORT NJ 07735
SALES@BEYONDCONCRETE.COM

000046P001-1482S-028
BIG APPLE DESIGNERS INC
SHLOMIE FADER
694 MYRTLE AVE
BROOKLYN NY 11205
PESSY@BIGAPPLEDESIGNERS.COM

000047P001-1482S-028
BILLY ENTERPRISES INC
36 CYPRESS AVE
BROOKLYN NY 11237
BILLYENTERPRISESINC@GMAIL.COM

000048P001-1482S-028
BLONDIE'S TREEHOUSE INC
431 FAYETTE AVE
MAMARONECK NY 10543
JOSH@BLONDIESTREEHOUSE.COM

000091P001-1482S-028
BRODY  ROBINSON
54 NOLL ST
BROOKLYN NY 11206
EMAIL INTENTIONALLY OMITTED

000052P001-1482S-028
CARVART CNC INC
5606 COOPER AVE
RIDGEWOOD NY 11385
INFO@CNCNEWYORK.COM

000020P001-1482S-028
CHAPMAN & CUTLER LLP
MICHAEL FRIEDMAN
1270 SIXTH AVENUE
NEW YORK NY 10020
FRIEDMAN@CHAPMAN.COM

000021P003-1482S-028
CHAPMAN & CUTLER LLP
AARON KRIEGER; STEPHEN R. TETRO II
111 WEST MONROE STREET
CHICAGO IL 60603
AKRIEGER@CHAPMAN.COM

000021P003-1482S-028
CHAPMAN & CUTLER LLP
AARON KRIEGER; STEPHEN R. TETRO II
111 WEST MONROE STREET
CHICAGO IL 60603
STETRO@CHAPMAN.COM

000108P001-1482S-028
CHAPMAN & CUTLER LLP
STEPHEN R. TETRO
111 WEST MONROE ST
CHICAGO IL 60603
STETRO@CHAPMAN.COM

000053P001-1482S-028
CHUTES ENTERPRISES
1011 WESTWOOD AVE
STATEN ISLAND NY 10314
INFO@CHUTESENTERPRISES.COM

000054P001-1482S-028
CLASSIC TOUCH
183 WILSON #113
BROOKLYN NY 11211
JOELBINER@GMAIL.COM

000055P001-1482S-028
COMPLETE WINDOW TREATMENT
5217 20TH AVE
BROOKLYN NY 11204
ELI@COMPLETEWINDOWTREATMENT.COM

000056P002-1482S-028
CON EDISON
ROSALIE ZUCKERMAN
4 IRVING PL RM 1875
NEW YORK NY 10003
ZUCKERMANR@CONED.COM

000057P001-1482S-028
CONSOLIDATED BRICK AND BUILDING SUPPLIES
650 BODWELL ST EXT
AVON MA 02322
PMEADE@CONSOLIDATEDBRICK.COM

000058P001-1482S-028
CP STEEL ERECTORS LLC
206 HINSDALE ST
BROOKLYN NY 11207
SILVIO@CPSTEELERECTORS.COM

000114P001-1482S-028
DORSEY & WHITNEY LLP
SAMUEL S KOHN; ALESSANDRA GLORIOSO;COURINA YULISA
51 WEST 52ND STREET
NEW YORK NY 10019-6119
KOHN.SAM@DORSEY.COM

Evergreen Gardens Mezz LLC
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 000114P001-1482S-028<br>DORSEY & WHITNEY LLP<br>SAMUEL S KOHN; ALESSANDRA GLORIOSO;COURINA YULISA<br>51 WEST 52ND STREET<br>NEW YORK NY 10019-6119<br>GLORIOSO.ALESSANDRA@DORSEY.COM | 000114P001-1482S-028<br>DORSEY & WHITNEY LLP<br>SAMUEL S KOHN; ALESSANDRA GLORIOSO;COURINA YULISA<br>51 WEST 52ND STREET<br>NEW YORK NY 10019-6119<br>YULISA.COURINA@DORSEY.COM | 000060P001-1482S-028<br>DYNAMIC BUILDING SVC INC<br>JOEL BERKOVIC<br>4403 15TH AVE<br>BROOKLYN NY 11219<br>JB@PBSFACILITYSERVICE.COM | 000061P001-1482S-028<br>DYNAMIC ELECTRICAL CONTRACTORS<br>1046 WINTHROP ST<br>BROOKLYN NY 11212<br>DYNAMICNYC1@GMAIL.COM |
| 000062P001-1482S-028<br>EJ ELECTRIC INSTALLATION CO<br>4641 VERNON BLVD<br>LONG ISLAND CITY NY 11101<br>PCUTRONE@EJ1899.COM | 000063P001-1482S-028<br>ELITE POOL AND FITNESS MANAGEMENT INC<br>NICK CHAVEZ<br>129-09 26TH AVE<br>STE 403<br>FLUSHING NY 11354<br>CONTACTUS@ELITEAMENITY.COM | 000063P001-1482S-028<br>ELITE POOL AND FITNESS MANAGEMENT INC<br>NICK CHAVEZ<br>129-09 26TH AVE<br>STE 403<br>FLUSHING NY 11354<br>NICKCHAVEZ@ELITEAMENITY.COM | 000064P001-1482S-028<br>EXR GROUP COMPANIES LLC<br>160 HAVEMEYER ST<br>STORE 7<br>BROOKLYN NY 11211<br>J@EXRNY.COM |
| 000111P001-1482S-028<br>FRIED FRANK HARRIS SHRIVER ET AL.<br>CARL I STAPEN<br>ONE NEW YORK PLAZA<br>NEW YORK NY 10004<br>CARL.STAPEN@FRIEDFRANK.COM | 000112P001-1482S-028<br>FRIED FRANK HARRIS SHRIVER ET AL.<br>SARI J ROSENFELD<br>ONE NEW YORK PLAZA<br>NEW YORK NY 10004<br>SARI.ROSENFELD@FRIEDFRANK.COM | 000024P001-1482S-028<br>FRIED, FRANK, HARRIS, SHRIVER ET AL.<br>MICHAEL BARKER<br>ONE NEW YORK PLAZA<br>NEW YORK NY 10004<br>MICHAEL.BARKER@FRIEDFRANK.COM | 000025P001-1482S-028<br>FRIED, FRANK, HARRIS, SHRIVER ET AL.<br>GARY KAPLAN<br>ONE NEW YORK PLAZA<br>NEW YORK NY 10004<br>GARY.KAPLAN@FRIEDFRANK.COM |
| 000041P001-1482S-028<br>GABRIEL ALDANA<br>54 NOLL ST<br>BROOKLYN NY 11206<br>EMAIL INTENTIONALLY OMITTED | 000026P001-1482S-028<br>GOLDBERG KOHN LTD<br>A. COLIN WEXLER<br>55 EAST MONROE<br>SUITE 3300<br>CHICAGO IL 60603<br>COLIN.WEXLER@GOLDBERGKOHN.COM | 000022P002-1482S-028<br>GOODWIN PROCTER LLP<br>MICHAEL GOLDSTEIN<br>THE NEW YORK TIMES BUILDING<br>620 EIGHTH AVENUE<br>NEW YORK NY 10018<br>MGOLDSTEIN@GOODWINLAW.COM | 000023P001-1482S-028<br>GOODWIN PROCTER LLP<br>KIZZY L. JARASHOW<br>THE NEW YORK TIMES BUILDING<br>620 EIGHTH AVENUE<br>NEW YORK NY 10018<br>KJARASHOW@GOODWINLAW.COM |
| 000034P001-1482S-028<br>GOODWIN PROCTER LLP<br>ARTEM SKOROSTENSKY<br>THE NEW YORK TIMES BUILDING<br>620 EIGHTH AVENUE<br>NEW YORK NY 10018<br>ASKOROSTENSKY@GOODWINLAW.COM | 000035P001-1482S-028<br>GOODWIN PROCTER LLP<br>DOUGLAS H. FLAUM<br>THE NEW YORK TIMES BUILDING<br>620 EIGHTH AVENUE<br>NEW YORK NY 10018<br>DFLAUM@GOODWINLAW.COM | 000036P001-1482S-028<br>GOODWIN PROCTER LLP<br>CHRISTINE V. SAMA<br>THE NEW YORK TIMES BUILDING<br>620 EIGHTH AVENUE<br>NEW YORK NY 10018<br>CSAMA@GOODWINLAW.COM | 000067P001-1482S-028<br>HI-I LLC<br>65 CROTON PL<br>PARAMUS NJ 07652<br>ITTAI@HIIUSA.COM |
| 000068P001-1482S-028<br>HIVOLTS ELECTRICAL INC<br>185 SPENCER ST<br>BROOKLYN NY 11205<br>MAIL@HIVOLTSELECTRICAL.COM | 000069P001-1482S-028<br>HOME TYLE<br>5816 NEW UTRECHT AVE<br>BROOKLYN NY 11219<br>OFFICE@HOMETYLES.COM | 000071P001-1482S-028<br>ISSEKS BROS INC<br>298 BROOME ST<br>NEW YORK NY 10002<br>INFO@ISSEKS.COM | 000066P001-1482S-028<br>JAMES HENG<br>54 NOLL ST<br>BROOKLYN NY 11206<br>EMAIL INTENTIONALLY OMITTED |

000083P001-1482S-028
JORDAN NIEMEYER
54 NOLL ST
BROOKLYN NY 11206
EMAIL INTENTIONALLY OMITTED

000075P001-1482S-028
KATHERINE MCDANIEL
54 NOLL ST
BROOKLYN NY 11206
EMAIL INTENTIONALLY OMITTED

000115P001-1482S-028
KIRBY AISNER & CURLEY LLP
JULIE CVEK CURLEY,ESQ
700 POST ROAD STE 237
SCARSDALE NY 10583
JCURLEY@KACLLP.COM

000072P001-1482S-028
KRAMER LEVIN NAFTALIS AND FRANKEL LLP
ADAMÄ TAUBMAN
1177 AVE OF THE AMERICAS
NEW YORK NY 10036-2714
ATAUBMAN@KRAMERLEVIN.COM

000073P001-1482S-028
LILY CONTRACTING CONSULTING LLC
128 PARK ST
WOODMERE NY 11598
JHAMETZ@GMAIL.COM

000074P001-1482S-028
LOOTHROP ASSOCIATES LLP
333 WESTCHESTER AVE
WHITE PLAINS NY 10604
INFO@LOTHROPASSOCIATES.COM

000076P001-1482S-028
MATTHEW MCLOUGHLIN
54 NOLL ST
BROOKLYN NY 11206
EMAIL INTENTIONALLY OMITTED

000077P001-1482S-028
MELROSE NOLL BROOKLYN LLC
TREFF AND LOWY PLLC/JOESEPH TREFF
481 WYTHE AVE
2ND FL
BROOKLYN NY 11249
JOE@TREFFLOWY.COM

000078P001-1482S-028
METRO HIGH TECH STEEL AND BUILDERS
1087 FLUSHING AVE
BROOKLYN NY 11237
METSTEELBUILDERS@GMAIL.COM

000079P001-1482S-028
MIKE BRICK LAYER AND CONSTRUCTION
94 THOMAS ST
BROOKLYN NY 11237
MIKECONSTRUCTION47@YAHOO.COM

000080P001-1482S-028
MPFP PLLC
120 BROADWAY FL 20
NEW YORK NY 10271
ACCOUNTING@MPFP.COM

000081P001-1482S-028
MPI PLUMBING CORP
670 MYRTLE AVE #234
BROOKLYN NY 11205
JOEL@MPIPLUMBINGCORP.COM

000084P001-1482S-028
NYEG
MOSHE COHEN
100A BROADWAY
STE 429
BROOKLYN NY 11249
INFO@NYEGCORP.COM

000010P002-1482S-028
OFFICE OF THE UNITED STATES TRUSTEE
US FEDERAL OFFICE BUILDING
ANDREA B SCHWARTZ;SHARA CORNELL
201 VARICK ST
STE 1006
NEW YORK NY 10014
andrea.b.schwartz@usdoj.gov

000010P002-1482S-028
OFFICE OF THE UNITED STATES TRUSTEE
US FEDERAL OFFICE BUILDING
ANDREA B SCHWARTZ;SHARA CORNELL
201 VARICK ST
STE 1006
NEW YORK NY 10014
USTPREGION02.NYECF@USDOJ.GOV

000049P001-1482S-028
ORIEL BOUZAGLOU
54 NOLL ST
BROOKLYN NY 11206
EMAIL INTENTIONALLY OMITTED

000089P001-1482S-028
PAMELA RACINE
54 NOLL ST
BROOKLYN NY 11206
EMAIL INTENTIONALLY OMITTED

000050P001-1482S-028
PAUL BRYANT
54 NOLL ST
BROOKLYN NY 11206
EMAIL INTENTIONALLY OMITTED

000086P001-1482S-028
PBS SVC INC
4403 15TH AVE
STE 409
BROOKLYN NY 11219
INFO@PBSFACILITYSERVICE.COM

000087P001-1482S-028
PINE NEW YORK
AVI BARKAI
222 BROADWAY
FL19
NEW YORK NY 10038
AVI@PINENY.COM

000088P001-1482S-028
POOL DOCS OF NJ
525 OBERLIN AVE S
LAKEWOOD NJ 08701
KAIT@POOLDOCS.COM

000090P001-1482S-028
RELIABLE MASONRY CORP
5314 16TH AVE STE #251
BROOKLYN NY 11204
JACOB@RELIABLEMASONRYCORP.COM

000065P001-1482S-028
RICHARDO GARZA
54 NOLL ST
BROOKLYN NY 11206
EMAIL INTENTIONALLY OMITTED

000092P001-1482S-028
ROLLHUAS SEATING PRODUCTS INC
43-10 21ST ST
2ND FL
LONG ISLAND CITY NY 11101
ROLLHAUSPRODUCTS@GMAIL.COM

000113P002-1482S-028
ROSENBERG & ESTIS P.C.
JOHN GIAMPOLO; DUKE AMPONSAH
733 THIRD AVENUE
NEW YORK NY 10017
JGIAMPOLO@ROSENBERGESTIS.COM

000113P02-1482S-028
ROSENBERG & ESTIS P.C.
JOHN GIAMPOLO; DUKE AMPONSAH
733 THIRD AVENUE
NEW YORK NY 10017
DAMPONSAH@ROSENBERGESTIS.COM

000093P001-1482S-028
ROTAVELE ELEVATOR CONSTRUCTION INC
ALAN ZARETSKY
414 SENECA AVE
RIDGEWOOD NY 11385
ANNP@CONTRACTOR-SERVICES.NET

000094P001-1482S-028
SAFETY FIRE SPRINKLER CORP
1070 38TH ST
BROOKLYN NY 11219
INFO@SAFETYFIRESPRINKLER.COM

000070P001-1482S-028
SARAH HOROWITZ
54 NOLL ST
BROOKLYN NY 11206
EMAIL INTENTIONALLY OMITTED

000095P001-1482S-028
SECURITY SHIELD USA INC
314 PENN ST
BROOKLYN NY 11211
CHANY@SECURITY-SHIELD.COM

000097P001-1482S-028
SMART MANAGEMENT NY INC
735 BEDFORD AVE
BROOKLYN NY 11205
DAVID@ALLYEARMGT.COM

000103P001-1482S-028
STELLA TSANG
54 NOLL ST
BROOKLYN NY 11206
EMAIL INTENTIONALLY OMITTED

000098P001-1482S-028
SUNBELT RENTALS
JOSEPH PENNACHIO
150 NASSAU AVE
ISLIP NY 11751
PCM668@SUNBELTRENTALS.COM

000099P001-1482S-028
SUPREME WOOD FLOORS INC
1072 MADISON AVE
LAKEWOOD NJ 08701
AR@SUPREMEFLOORING.COM

000100P001-1482S-028
THEPINBALLCO
NIC PARKS
6000 S SINCLAIR RD
COLUMBIA MO 65203
SUPPORT@PINBALL.CO.COM

000101P002-1482S-028
THOMAS TILES INC
34 FRANKLIN AVE STE 214
BROOKLYN NY 11205-1121
THOMASNY7@GMAIL.COM

000037P001-1482S-028
THOMPSON HINE LLP
JOHN BAE
335 MADISON AVENUE
12TH FLOOR
NEW YORK NY 10017
JOHN.BAE@THOMPSONHINE.COM

000109P001-1482S-028
THOMPSON HINE LLP
JONATHAN HAWKINS
335 MADISON AVENUE
12TH FLOOR
NEW YORK NY 10017
JONATHAN.HAWKINS@THOMPSONHINE.COM

000102P001-1482S-028
TRI STATE FIRE SPRINKLERS
1237 39TH ST
BROOKLYN NY 11218
INFO@TRISTATEFIRESPRINKLERS.COM

000104P001-1482S-028
UNITED PANEL TECHNOLOGIES CORP
611 OLD WILLETS PATH
HAUPPAUGE NY 11788
MCAMES@UNITEDPANELTECH.COM

000085P001-1482S-028
VICTORIA PAEZ
54 NOLL ST
BROOKLYN NY 11206
EMAIL INTENTIONALLY OMITTED

000105P001-1482S-028
WORLDWIDE PLUMBING SUPPLY INC
4002 15TH AVE
BROOKLYN NY 11218
JOEL@WWPS.CO

000106P001-1482S-028
YI CHIEN YANG
54 NOLL ST
BROOKLYN NY 11206
EMAIL INTENTIONALLY OMITTED

000051P001-1482S-028
YUXI CAO
54 NOLL ST
BROOKLYN NY 11206
EMAIL INTENTIONALLY OMITTED

Records Printed :   **92**

**EXHIBIT 2**

21-10335-mg    Doc 177    Filed 10/26/21    Entered 10/26/21 19:17:49    Main Document
Pg 9 of 23

Evergreen Gardens Mezz LLC, et al.
Exhibit Pages

Page # : 1 of 4                                                                    10/22/2021 10:06:26 PM

000038P001-1482S-028
1 SEAL USA LLC
544 PK AVE
BROOKLYN NY 11205

000039P001-1482S-028
20/20 INSPECTIONS INC
3716 FORT HAMILTON PKWY
BROOKLYN NY 11218

000040P001-1482S-028
ABLE FENCING INC
59 COLLINS AVE
SPRING VALLEY NY 10977

000059P001-1482S-028
ANGELO DALISAY
54 NOLL ST
BROOKLYN NY 11206

000042P001-1482S-028
AURA ELECTRICAL SUPPLY INC
1355 60TH ST
BROOKLYN NY 11219

000043P001-1482S-028
B&S ENTERPRISES USA INC
YOEL KORENBLY
715 MYRTLE AVE
BROOKLYN NY 11205

000044P001-1482S-028
BERRYS COOLING AND HEATING LLC
15 MEADOW ST
BROOKLYN NY 11206

000045P001-1482S-028
BEYOND CONCRETE
36 INDUSTRIAL DR
KEYPORT NJ 07735

000046P001-1482S-028
BIG APPLE DESIGNERS INC
SHLOMIE FADER
694 MYRTLE AVE
BROOKLYN NY 11205

000047P001-1482S-028
BILLY ENTERPRISES INC
36 CYPRESS AVE
BROOKLYN NY 11237

000048P001-1482S-028
BLONDIES TREEHOUSE INC
431 FAYETTE AVE
MAMARONECK NY 10543

000091P001-1482S-028
BRODY  ROBINSON
54 NOLL ST
BROOKLYN NY 11206

000019P001-1482S-028
CALIFORNIA DEPT OF TAX AND FEE ADMIN
ACCOUNT INFO GROUP MIC 29
PO BOX 942879
SACRAMENTO CA 94279-0029

000016P001-1482S-028
CALIFORNIA FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

000052P001-1482S-028
CARVART CNC INC
5606 COOPER AVE
RIDGEWOOD NY 11385

000020P001-1482S-028
CHAPMAN & CUTLER LLP
MICHAEL FRIEDMAN
1270 SIXTH AVENUE
NEW YORK NY 10020

000021P003-1482S-028
CHAPMAN & CUTLER LLP
AARON KRIEGER; STEPHEN R. TETRO II
111 WEST MONROE STREET
CHICAGO IL 60603

000108P001-1482S-028
CHAPMAN & CUTLER LLP
STEPHEN R. TETRO
111 WEST MONROE ST
CHICAGO IL 60603

000053P001-1482S-028
CHUTES ENTERPRISES
1011 WESTWOOD AVE
STATEN ISLAND NY 10314

000054P001-1482S-028
CLASSIC TOUCH
183 WILSON #113
BROOKLYN NY 11211

000055P001-1482S-028
COMPLETE WINDOW TREATMENT
5217 20TH AVE
BROOKLYN NY 11204

000056P002-1482S-028
CON EDISON
ROSALIE ZUCKERMAN
4 IRVING PL RM 1875
NEW YORK NY 10003

000057P001-1482S-028
CONSOLIDATED BRICK AND BUILDING SUPPLIES
650 BODWELL ST EXT
AVON MA 02322

000058P001-1482S-028
CP STEEL ERECTORS LLC
206 HINSDALE ST
BROOKLYN NY 11207

000114P001-1482S-028
DORSEY & WHITNEY LLP
SAMUEL S KOHN; ALESSANDRA GLORIOSO;COURINA YULISA
51 WEST 52ND STREET
NEW YORK NY 10019-6119

000060P001-1482S-028
DYNAMIC BUILDING SVC INC
JOEL BERKOVIC
4403 15TH AVE
BROOKLYN NY 11219

000061P001-1482S-028
DYNAMIC ELECTRICAL CONTRACTORS
1046 WINTHROP ST
BROOKLYN NY 11212

000062P001-1482S-028
EJ ELECTRIC INSTALLATION CO
4641 VERNON BLVD
LONG ISLAND CITY NY 11101

| | | | |
|---|---|---|---|
| 000063P001-1482S-028<br>ELITE POOL AND FITNESS MANAGEMENT INC<br>NICK CHAVEZ<br>129-09 26TH AVE<br>STE 403<br>FLUSHING NY 11354 | 000064P001-1482S-028<br>EXR GROUP COMPANIES LLC<br>160 HAVEMEYER ST<br>STORE 7<br>BROOKLYN NY 11211 | 000111P001-1482S-028<br>FRIED FRANK HARRIS SHRIVER ET AL.<br>CARL I STAPEN<br>ONE NEW YORK PLAZA<br>NEW YORK NY 10004 | 000112P001-1482S-028<br>FRIED FRANK HARRIS SHRIVER ET AL.<br>SARI J ROSENFELD<br>ONE NEW YORK PLAZA<br>NEW YORK NY 10004 |
| 000024P001-1482S-028<br>FRIED, FRANK, HARRIS, SHRIVER ET AL.<br>MICHAEL BARKER<br>ONE NEW YORK PLAZA<br>NEW YORK NY 10004 | 000025P001-1482S-028<br>FRIED, FRANK, HARRIS, SHRIVER ET AL.<br>GARY KAPLAN<br>ONE NEW YORK PLAZA<br>NEW YORK NY 10004 | 000041P001-1482S-028<br>GABRIEL ALDANA<br>54 NOLL ST<br>BROOKLYN NY 11206 | 000026P001-1482S-028<br>GOLDBERG KOHN LTD<br>A. COLIN WEXLER<br>55 EAST MONROE<br>SUITE 3300<br>CHICAGO IL 60603 |
| 000022P002-1482S-028<br>GOODWIN PROCTER LLP<br>MICHAEL GOLDSTEIN<br>THE NEW YORK TIMES BUILDING<br>620 EIGHTH AVENUE<br>NEW YORK NY 10018 | 000023P001-1482S-028<br>GOODWIN PROCTER LLP<br>KIZZY L. JARASHOW<br>THE NEW YORK TIMES BUILDING<br>620 EIGHTH AVENUE<br>NEW YORK NY 10018 | 000034P001-1482S-028<br>GOODWIN PROCTER LLP<br>ARTEM SKOROSTENSKY<br>THE NEW YORK TIMES BUILDING<br>620 EIGHTH AVENUE<br>NEW YORK NY 10018 | 000035P001-1482S-028<br>GOODWIN PROCTER LLP<br>DOUGLAS H. FLAUM<br>THE NEW YORK TIMES BUILDING<br>620 EIGHTH AVENUE<br>NEW YORK NY 10018 |
| 000036P001-1482S-028<br>GOODWIN PROCTER LLP<br>CHRISTINE V. SAMA<br>THE NEW YORK TIMES BUILDING<br>620 EIGHTH AVENUE<br>NEW YORK NY 10018 | 000067P001-1482S-028<br>HI-I LLC<br>65 CROTON PL<br>PARAMUS NJ 07652 | 000068P001-1482S-028<br>HIVOLTS ELECTRICAL INC<br>185 SPENCER ST<br>BROOKLYN NY 11205 | 000069P001-1482S-028<br>HOME TYLE<br>5816 NEW UTRECHT AVE<br>BROOKLYN NY 11219 |
| 000008P001-1482S-028<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000071P001-1482S-028<br>ISSEKS BROS INC<br>298 BROOME ST<br>NEW YORK NY 10002 | 000066P001-1482S-028<br>JAMES HENG<br>54 NOLL ST<br>BROOKLYN NY 11206 | 000083P001-1482S-028<br>JORDAN NIEMEYER<br>54 NOLL ST<br>BROOKLYN NY 11206 |
| 000075P001-1482S-028<br>KATHERINE MCDANIEL<br>54 NOLL ST<br>BROOKLYN NY 11206 | 000115P001-1482S-028<br>KIRBY AISNER & CURLEY LLP<br>JULIE CVEK CURLEY,ESQ<br>700 POST ROAD STE 237<br>SCARSDALE NY 10583 | 000072P001-1482S-028<br>KRAMER LEVIN NAFTALIS AND FRANKEL LLP<br>ADAMÁ TAUBMAN<br>1177 AVE OF THE AMERICAS<br>NEW YORK NY 10036-2714 | 000073P001-1482S-028<br>LILY CONTRACTING CONSULTING LLC<br>128 PARK ST<br>WOODMERE NY 11598 |
| 000074P001-1482S-028<br>LOOTHROP ASSOCIATES LLP<br>333 WESTCHESTER AVE<br>WHITE PLAINS NY 10604 | 000076P001-1482S-028<br>MATTHEW MCLOUGHLIN<br>54 NOLL ST<br>BROOKLYN NY 11206 | 000077P001-1482S-028<br>MELROSE NOLL BROOKLYN LLC<br>TREFF AND LOWY PLLC/JOESEPH TREFF<br>481 WYTHE AVE<br>2ND FL<br>BROOKLYN NY 11249 | 000078P001-1482S-028<br>METRO HIGH TECH STEEL AND BUILDERS<br>1087 FLUSHING AVE<br>BROOKLYN NY 11237 |

Evergreen Gardens Mezz LLC, et al.
Exhibit Pages

| | | | |
|---|---|---|---|
| 000015P001-1482S-028<br>MICHIGAN DEPT OF TREASURY<br>TAX POLICY DIVISION<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FLOOR AUSTIN BUILDING<br>LANSING MI 48922 | 000079P001-1482S-028<br>MIKE BRICK LAYER AND CONSTRUCTION<br>94 THOMAS ST<br>BROOKLYN NY 11237 | 000080P001-1482S-028<br>MPFP PLLC<br>120 BROADWAY FL 20<br>NEW YORK NY 10271 | 000081P001-1482S-028<br>MPI PLUMBING CORP<br>670 MYRTLE AVE #234<br>BROOKLYN NY 11205 |
| 000082P001-1482S-028<br>NATIONAL GRID<br>CUSTOMER CORRESPONDENCE<br>ONE METROTECH CTR<br>16TH FL<br>BROOKLYN NY 11201 | 000007P001-1482S-028<br>NYC DEPT OF FINANCE<br>LEGAL AFFAIRS<br>345 ADAMS ST<br>3RD FLOOR<br>BROOKLYN NY 11201 | 000084P001-1482S-028<br>NYEG<br>MOSHE COHEN<br>100A BROADWAY<br>STE 429<br>BROOKLYN NY 11249 | 000005P001-1482S-028<br>NYS DEPT TAXATION AND FINANCE<br>BANKRUPTCY/SPECIAL PROCEDURES SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 |
| 000006P001-1482S-028<br>NYS UNEMPLOYMENT INSURANCE FUND<br>PO BOX 551<br>ALBANY NY 12201 | 000010P002-1482S-028<br>OFFICE OF THE UNITED STATES TRUSTEE<br>US FEDERAL OFFICE BUILDING<br>ANDREA B SCHWARTZ;SHARA CORNELL<br>201 VARICK ST<br>STE 1006<br>NEW YORK NY 10014 | 000049P001-1482S-028<br>ORIEL BOUZAGLOU<br>54 NOLL ST<br>BROOKLYN NY 11206 | 000089P001-1482S-028<br>PAMELA RACINE<br>54 NOLL ST<br>BROOKLYN NY 11206 |
| 000017P001-1482S-028<br>PARKING VIOLATIONS BUREAU<br>210 JORALEMON AVE<br>BROOKLYN NY 11201 | 000050P001-1482S-028<br>PAUL BRYANT<br>54 NOLL ST<br>BROOKLYN NY 11206 | 000086P001-1482S-028<br>PBS SVC INC<br>4403 15TH AVE<br>STE 409<br>BROOKLYN NY 11219 | 000087P001-1482S-028<br>PINE NEW YORK<br>AVI BARKAI<br>222 BROADWAY<br>FL19<br>NEW YORK NY 10038 |
| 000088P001-1482S-028<br>POOL DOCS OF NJ<br>525 OBERLIN AVE S<br>LAKEWOOD NJ 08701 | 000090P001-1482S-028<br>RELIABLE MASONRY CORP<br>5314 16TH AVE STE #251<br>BROOKLYN NY 11204 | 000065P001-1482S-028<br>RICHARDO GARZA<br>54 NOLL ST<br>BROOKLYN NY 11206 | 000092P001-1482S-028<br>ROLLHUAS SEATING PRODUCTS INC<br>43-10 21ST ST<br>2ND FL<br>LONG ISLAND CITY NY 11101 |
| 000113P002-1482S-028<br>ROSENBERG & ESTIS P.C.<br>JOHN GIAMPOLO; DUKE AMPONSAH<br>733 THIRD AVENUE<br>NEW YORK NY 10017 | 000093P001-1482S-028<br>ROTAVELE ELEVATOR CONSTRUCTION INC<br>ALAN ZARETSKY<br>414 SENECA AVE<br>RIDGEWOOD NY 11385 | 000094P001-1482S-028<br>SAFETY FIRE SPRINKLER CORP<br>1070 38TH ST<br>BROOKLYN NY 11219 | 000070P001-1482S-028<br>SARAH HOROWITZ<br>54 NOLL ST<br>BROOKLYN NY 11206 |
| 000011P001-1482S-028<br>SECURITIES AND EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>BROOKFIELD PL<br>200 VESSEY ST STE 400<br>NEW YORK NY 10281-1022 | 000095P001-1482S-028<br>SECURITY SHIELD USA INC<br>314 PENN ST<br>BROOKLYN NY 11211 | 000097P001-1482S-028<br>SMART MANAGEMENT NY INC<br>735 BEDFORD AVE<br>BROOKLYN NY 11205 | 000018P001-1482S-028<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE REGIONAL CHIEF COUNSEL<br>26 FEDERAL PLZ<br>ROOM 3904<br>NEW YORK NY 10278 |

Evergreen Gardens Mezz LLC, et al.
Exhibit Pages

000103P001-1482S-028
STELLA TSANG
54 NOLL ST
BROOKLYN NY 11206

000098P001-1482S-028
SUNBELT RENTALS
JOSEPH PENNACHIO
150 NASSAU AVE
ISLIP NY 11751

000099P001-1482S-028
SUPREME WOOD FLOORS INC
1072 MADISON AVE
LAKEWOOD NJ 08701

000100P001-1482S-028
THEPINBALLCO
NIC PARKS
6000 S SINCLAIR RD
COLUMBIA MO 65203

000101P002-1482S-028
THOMAS TILES INC
34 FRANKLIN AVE STE 214
BROOKLYN NY 11205-1121

000037P001-1482S-028
THOMPSON HINE LLP
JOHN BAE
335 MADISON AVENUE
12TH FLOOR
NEW YORK NY 10017

000109P001-1482S-028
THOMPSON HINE LLP
JONATHAN HAWKINS
335 MADISON AVENUE
12TH FLOOR
NEW YORK NY 10017

000102P001-1482S-028
TRI STATE FIRE SPRINKLERS
1237 39TH ST
BROOKLYN NY 11218

000104P001-1482S-028
UNITED PANEL TECHNOLOGIES CORP
611 OLD WILLETS PATH
HAUPPAUGE NY 11788

000009P001-1482S-028
UNITED STATES ATTORNEYS OFFICE
TAX AND BANKRUPTCY UNIT
86 CHAMBERS ST
3RD FLOOR
NEW YORK NY 10007

000013P001-1482S-028
US DEPT OF HEALTH AND HUMAN SVC
OFFICE OF THE GENERAL COUNSEL
26 FEDERAL PLZ
ROOM 3908
NEW YORK NY 10278

000012P001-1482S-028
US DEPT OF HOUSING AND URBAN DEV
JOHN CAHILL ESQ
26 FEDERAL PLZ
ROOM 3500
NEW YORK NY 10278-0068

000014P001-1482S-028
US ENVIRONMENTAL PROT AGENCY
ROBERT ROBERTS
1200 PENNSYLVANIA AVE NW
MAIL CODE 2272A
WASHINGTON DC 20004-2004

000085P001-1482S-028
VICTORIA PAEZ
54 NOLL ST
BROOKLYN NY 11206

000105P001-1482S-028
WORLDWIDE PLUMBING SUPPLY INC
4002 15TH AVE
BROOKLYN NY 11218

000106P001-1482S-028
YI CHIEN YANG
54 NOLL ST
BROOKLYN NY 11206

000051P001-1482S-028
YUXI CAO
54 NOLL ST
BROOKLYN NY 11206

Records Printed :   **101**

# EXHIBIT 3

Evergreen Gardens Mezz LLC
Electronic Mail
**Exhibit Pages**

Page # : 1 of 2                                                                                                                10/22/2021 09:02:47 PM

---

000810P001-1482A-028A
1 SEAL USA LLC
544 PK AVE
BROOKLYN NY 11205
INFO@1SEALUSA.COM

000811P001-1482A-028A
20/20 INSPECTIONS INC
3716 FORT HAMILTON PKWY
BROOKLYN NY 11218
SURIW@2020INSPECTIONS.COM

000813P001-1482A-028A
AURA ELECTRICAL SUPPLY INC
1355 60TH ST
BROOKLYN NY 11219
RICHARD@AURA-ELECTRIC.COM

000815P001-1482A-028A
BERRY'S COOLING AND HEATING LLC
15 MEADOW ST
BROOKLYN NY 11206
SALES@BERRYSCOOLING.COM

000816P002-1482A-028A
BIG APPLE DESIGNERS INC
SHLOMIE FADER
694 MYRTLE AVE
BROOKLYN NY 11205
PESSY@BIGAPPLEDESIGNERS.COM

010018P002-1482A-028A
BLONDIES TREEHOUSE INC
GREGORY O TUTTLE
TUTTLE YICK LLP
352 7TH AVE
14TH FL
NEW YORK NY 10001
GTUTTLE@TUTTLEYICK.COM

000818P002-1482A-028A
BMW PLUMBING SUPPLIES
BURICH MOSES WEISS
307 WALLABOUT ST
BROOKLYN NY 11205
BMWPSUPPLY@GMAIL.COM

000818P002-1482A-028A
BMW PLUMBING SUPPLIES
BURICH MOSES WEISS
307 WALLABOUT ST
BROOKLYN NY 11205
BMWPLUMBINGSUPPLY@GMAIL.COM

000818P002-1482A-028A
BMW PLUMBING SUPPLIES
BURICH MOSES WEISS
307 WALLABOUT ST
BROOKLYN NY 11205
PESSY@BMWSUPPLY.COM

000820P001-1482A-028A
COMPLETE WINDOW TREATMENT
5217 20TH AVE
BROOKLYN NY 11204
ELI@COMPLETEWINDOWTREATMETN.COM

000821P002-1482A-028A
DYNAMIC BUILDING SVC
JOEL BERKOVIC
4403 15TH AVE
STE 409
BROOKLYN NY 11219
JB@PBSFACILITYSERVICE.COM

000997P001-1482A-028A
E-J ELECTRIC INSTALLATION CO
4641 VERNON BLVD
LONG ISLAND CITY NY 11101
PCUTRONE@EJ1899.COM

000825S001-1482A-028A
GILCHRIST METAL FABRICATING
JACK GILCHRIST
18 PARK AVE
HUDSON NH 03051
SMARTIN@GMFCO.COM

000825P002-1482A-028A
GILCHRIST METAL FABRICATING
ZISHOLTZ & ZISHOLTZ LLP
200 GARDEN CITY PLAZA STE 408
GARDEN CITY NY 11530
STU@ZZLLP&BILL@ZZLLP.COM

000826S001-1482A-028A
GLOBAL QUALITY CONTRACTORS
MOSCHE COHEN
100A BROADWAY STE 429
BROOKLYN NY 11249
MOSHE@NYEGCORP.COM

000826P002-1482A-028A
GLOBAL QUALITY CONTRACTORS
ZISHOLTZ AND ZISHOLTZ LLP
200 GARDEN CITY PLZ STE 408
GARDEN CITY NY 11530
STU@ZZLLP

000826P002-1482A-028A
GLOBAL QUALITY CONTRACTORS
ZISHOLTZ AND ZISHOLTZ LLP
200 GARDEN CITY PLZ STE 408
GARDEN CITY NY 11530
BILL@ZZLLP.COM

000827P001-1482A-028A
HI-I LLC
65 CROTON PL
PARAMUS NJ 07652
ITTAI@HIIUSA.COM

000828P001-1482A-028A
HIVOLTS ELECTRICAL INC
185 SPENCER ST
BROOKLYN NY 11205
MAIL@HIVOLTSELECTRICAL.COM

000849S002-1482A-028A
JP MORGAN CHASE BANK NA
FRIED, FRANK, HARRIS, SHRIVER AND
JACOBSON LLP
MICHAEL BARKER, ESQ
ONE NEW YORK PLAZA
NEW YORK NY 10004
MICHAEL.BARKER@FRIEDFRANK.COM

000833P002-1482A-028A
MAGELLAN CONCRETE STRCTURES
1 CORP T SILVA INC  BRAGA CORP
JONATHAN ROCCHIO
233 POWELL ST
BROOKLYN NY 11212
JONATHAN@MAGELLANCONCRETE.COM

000808P001-1482A-028A
MISHMERET TRUST COMPANY LTD
JEFFREY ZWICK & ASSOCIATES PC
266 BROADWAY
STE 403
BROOKLYN NY 11211
FRIEDMAN@CHAPMAN.COM

000808P001-1482A-028A
MISHMERET TRUST COMPANY LTD
JEFFREY ZWICK & ASSOCIATES PC
266 BROADWAY
STE 403
BROOKLYN NY 11211
AKRIEGER@CHAPMAN.COM

000808P001-1482A-028A
MISHMERET TRUST COMPANY LTD
JEFFREY ZWICK & ASSOCIATES PC
266 BROADWAY
STE 403
BROOKLYN NY 11211
STETRO@CHAPMAN.COM

Evergreen Gardens Mezz LLC
Electronic Mail
Exhibit Pages

000808P001-1482A-028A
MISHMERET TRUST COMPANY LTD
JEFFREY ZWICK & ASSOCIATES PC
266 BROADWAY
STE 403
BROOKLYN NY 11211
HHONIG@CHAPMAN.COM

000808P001-1482A-028A
MISHMERET TRUST COMPANY LTD
JEFFREY ZWICK & ASSOCIATES PC
266 BROADWAY
STE 403
BROOKLYN NY 11211
CKLARCK@CHAPMAN.COM

000835P001-1482A-028A
MPI PLUMBING CORP
670 MYRTLE AVE #234
BROOKLYN NY 11205
JOEL@MPIPLUMBINGCORP.COM

000809S002-1482A-028A
MREF REIT LENDER 9 LLC
GOODWIN; K JARASHOW, D BRUMMER, W WEINTRAUB
DIANA BRUMMER ESQ WILLIAM WEINTRAUB ESQ
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK NY 10018
KJARASHOW@GOODWINLAW.COM

000809P003-1482A-028A
MREF REIT LENDER 9 LLC
MACK REAL ESTATE GROUP; KEVIN CULLIMAN
60 COLUMBUS CIR
20TH FL
NEW YORK NY 10023
KJARASHOW@GOODWINLAW.COM

000809P003-1482A-028A
MREF REIT LENDER 9 LLC
MACK REAL ESTATE GROUP; KEVIN CULLIMAN
60 COLUMBUS CIR
20TH FL
NEW YORK NY 10023
MGOLDSTEIN@GOODWINLAW.COM

000809S001-1482A-028A
MREF REIT LENDER 9 LLC
GOODWIN PROCTER; MICHAEL GOLDSTEIN
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK NY 10018
mgoldstein@goodwinlaw.com

000836P002-1482A-028A
PBS SVC INC
4403 15TH AVE
STE 409
BROOKLYN NY 11219
INFO@PBSFACILITYSERVICE.COM

000837P001-1482A-028A
POOL DOCS OF NJ
525 OBERLIN AVE S
LAKEWOOD NJ 08701
KAIT@POOLDOCS.COM

000839P001-1482A-028A
ROTAVELE ELEVATOR CONSTRUCTION INC
414 SENECA AVE
RIDGEWOOD NY 11385
ANNP@CONTRACTOR-SERVICES.NET

000841P001-1482A-028A
SECURITY SHIELD USA INC
314 PENN ST
BROOKLYN NY 11211
CHANY@SECURITY-SHIELD.COM

000844P002-1482A-028A
SUPREME WOOD FLOORS INC
ELIEZER RAUSMAN
1072 MADISON AVE
LAKEWOOD NJ 08701
AR@SUPREMEFLOORING.COM

001022P001-1482A-028A
THOMAS TILES INC
1438 OVINGTON AVE
BROOKLYN NY 11219
THOMASNY7@GMAIL.COM

000845P001-1482A-028A
UNITED PANEL TECHNOLOGIES CORP
611 OLD WILLETS PATH
HAUPPAUGE NY 11788
MCAMES@UNITEDPANELTECH.COM

000847P001-1482A-028A
WORLDWIDE PLUMBING SUPPLY INC
4002 15TH AVE
BROOKLYN NY 11218
JOEL@WWPS.CO

Records Printed : **39**

# EXHIBIT 4

Evergreen Gardens Mezz LLC, et al.
Exhibit Pages

| | | | |
|---|---|---|---|
| 000810P001-1482A-028A<br>1 SEAL USA LLC<br>544 PK AVE<br>BROOKLYN NY 11205 | 000811P001-1482A-028A<br>20/20 INSPECTIONS INC<br>3716 FORT HAMILTON PKWY<br>BROOKLYN NY 11218 | 000812P001-1482A-028A<br>A OSTREICHER CONSTRUCTION CORP<br>1201 43RD ST<br>BROOKLYN NY 11219 | 001224P001-1482A-028A<br>APARTMENT DEVELOPERS LLC<br>12 SPENCER ST<br>3RD FLOOR<br>BROOKLYN NY 11205 |
| 000813P001-1482A-028A<br>AURA ELECTRICAL SUPPLY INC<br>1355 60TH ST<br>BROOKLYN NY 11219 | 000814P001-1482A-028A<br>BEN ROTTENSTEIN ASSOCIATES INC<br>147 PRINCE ST<br>BROOKLYN NY 11201 | 000815P001-1482A-028A<br>BERY'S COOLING AND HEATING LLC<br>15 MEADOW ST<br>BROOKLYN NY 11206 | 000816P002-1482A-028A<br>BIG APPLE DESIGNERS INC<br>SHLOMIE FADER<br>694 MYRTLE AVE<br>BROOKLYN NY 11205 |
| 000817P001-1482A-028A<br>BLONDIES TREEHOUSE INC<br>242 WEST 30TH ST<br>GROUND FL<br>NEW YORK NY 10001 | 000817S001-1482A-028A<br>BLONDIES TREEHOUSE, INC<br>GREGORY O TUTTLE<br>TUTTLE YICK LLP<br>352 7TH AVE<br>14TH FL<br>NEW YORK NY 10001 | 000818P002-1482A-028A<br>BMW PLUMBING SUPPLIES<br>BURICH MOSES WEISS<br>307 WALLABOUT ST<br>BROOKLYN NY 11205 | 000820P001-1482A-028A<br>COMPLETE WINDOW TREATMENT<br>5217 20TH AVE<br>BROOKLYN NY 11204 |
| 000821P002-1482A-028A<br>DYNAMIC BUILDING SVC<br>JOEL BERKOVIC<br>4403 15TH AVE<br>STE 409<br>BROOKLYN NY 11219 | 000821S001-1482A-028A<br>DYNAMIC BUILDING SVC<br>JOEL BERKOVIC<br>1370 60TH STREET<br>BROOKLYN NY 11219 | 000821S002-1482A-028A<br>DYNAMIC BUILDING SVC<br>JOEL BERKOVIC<br>4403 15TH AVE<br>BROOKLYN NY 11219 | 000822P001-1482A-028A<br>E AND W WHOLESALE HARDWARE INC<br>210 WALWORTH ST<br>BROOKLYN NY 11205 |
| 000997P001-1482A-028A<br>E-J ELECTRIC INSTALLATION CO<br>4641 VERNON BLVD<br>LONG ISLAND CITY NY 11101 | 000997S001-1482A-028A<br>E-J ELECTRIC INSTALLATION CO<br>GALLET DREYER AND BERKEY LLP<br>EUGENE H GOLDBERG<br>845 THIRD AVE 5TH FL<br>NEW YORK NY 10022 | 000823P001-1482A-028A<br>EM ES ENTERPRISE LLC/ ECO SUPPLY IN QB<br>100A BROADWAY<br>BROOKLYN NY 11249 | 000824P001-1482A-028A<br>ESSENTIAL BASICS<br>3084 BEDFORD AVE<br>BROOKLYN NY 11210 |
| 000825P002-1482A-028A<br>GILCHRIST METAL FABRICATING<br>ZISHOLTZ & ZISHOLTZ LLP<br>200 GARDEN CITY PLAZA STE 408<br>GARDEN CITY NY 11530 | 000825S001-1482A-028A<br>GILCHRIST METAL FABRICATING<br>JACK GILCHRIST<br>18 PARK AVE<br>HUDSON NH 03051 | 000826P002-1482A-028A<br>GLOBAL QUALITY CONTRACTORS<br>ZISHOLTZ AND ZISHOLTZ LLP<br>200 GARDEN CITY PLZ STE 408<br>GARDEN CITY NY 11530 | 000826S001-1482A-028A<br>GLOBAL QUALITY CONTRACTORS<br>MOSCHE COHEN<br>100A BROADWAY STE 429<br>BROOKLYN NY 11249 |
| 000827P001-1482A-028A<br>HI-I LLC<br>65 CROTON PL<br>PARAMUS NJ 07652 | 000828P001-1482A-028A<br>HIVOLTS ELECTRICAL INC<br>185 SPENCER ST<br>BROOKLYN NY 11205 | 000829P001-1482A-028A<br>HS FLOORS INC<br>72 FRANKLIN AVE<br>BROOKLYN NY 11205 | 000830P001-1482A-028A<br>ISSM PROTECTIVE SVC INC<br>3 COLLEGE RD<br>BRONX NY 10952 |

21-10335-mg    Doc 177    Filed 10/26/21    Entered 10/26/21 19:17:49    Main Document
Pg 18 of 23

Evergreen Gardens Mezz LLC, et al.
Exhibit Pages

| | | | |
|---|---|---|---|
| 000849P001-1482A-028A<br>JP MORGAN CHASE BANK NA<br>THOMAS NICHOLAS CASSINO<br>383 MADISON AVE 31ST FL<br>NEW YORK NY 10179 | 000849S001-1482A-028A<br>JP MORGAN CHASE BANK NA<br>NANCY ALTO<br>SPG MIDDLE OFFICE/CIB<br>4 CHASE METROTECH CENTER, 4TH FL<br>BROOKLYN NY 11245-0001 | 000849S002-1482A-028A<br>JP MORGAN CHASE BANK NA<br>FRIED, FRANK, HARRIS, SHRIVER AND<br>JACOBSON LLP<br>MICHAEL BARKER, ESQ<br>ONE NEW YORK PLAZA<br>NEW YORK NY 10004 | 000849S003-1482A-028A<br>JP MORGAN CHASE BANK NA<br>FRIED FRANK HARRIS SHRIVER ET AL<br>CARL I STAPEN<br>ONE NEW YORK PLAZA<br>NEW YORK NY 10004 |
| 000849S004-1482A-028A<br>JP MORGAN CHASE BANK NA<br>FRIED FRANK HARRIS SHRIVER ETAL<br>SARI J ROSENFELD<br>ONE NEW YORK PLAZA<br>NEW YORK NY 10004 | 000849S005-1482A-028A<br>JP MORGAN CHASE BANK NA<br>FRIED FRANK HARRIS SHRIVER  ETAL<br>MICHAEL BARKER<br>ONE NEW YORK PLAZA<br>NEW YORK NY 10004 | 000849S006-1482A-028A<br>JP MORGAN CHASE BANK NA<br>FRIED FRANK HARRIS SHRIVER AND<br>JACOBSON LLP<br>GARY KAPLAN ESQ<br>ONE NEW YORK PLAZA<br>NEW YORK NY 10004 | 000831P001-1482A-028A<br>KITCHEN ART AMERICA<br>98 LORIMER ST<br>BROOKLYN NY 11206 |
| 000832P001-1482A-028A<br>LEVERAGE BUILDERS GROUP INC<br>5101 NEW UTRECHT AVE<br>BROOKLYN NY 11219 | 000833P002-1482A-028A<br>MAGELLAN CONCRETE STRCTURES<br>1 CORP T SILVA INC  BRAGA CORP<br>JONATHAN ROCCHIO<br>233 POWELL ST<br>BROOKLYN NY 11212 | 001090P003-1482A-028A<br>MASTER LIFTING AND RIGGING LLC<br>RICHARD M HENDLER ESQ<br>10 BOND ST<br>STE BOX 1 218<br>GREAT NECK NY 11021 | 001090S001-1482A-028A<br>MASTER LIFTING AND RIGGING LLC<br>263 52ND STREET<br>BROOKLYN NY 11220 |
| 000808P001-1482A-028A<br>MISHMERET TRUST COMPANY LTD<br>JEFFREY ZWICK & ASSOCIATES PC<br>266 BROADWAY<br>STE 403<br>BROOKLYN NY 11211 | 000808S001-1482A-028A<br>MISHMERET TRUST COMPANY LTD<br>CHAPMAN & CUTLER LLP<br>MICHAEL FRIEDMAN<br>1270 SIXTH AVENUE<br>NEW YORK NY 10020 | 000808S002-1482A-028A<br>MISHMERET TRUST COMPANY LTD<br>CHAPMAN AND CUTLER LLP<br>AARON KRIEGER STEPHEN R TETRO II<br>111 WEST MONROE ST<br>CHICAGO IL 60603 | 000808S003-1482A-028A<br>MISHMERET TRUST COMPANY LTD<br>CHAPMAN AND CUTLER LLP<br>STEPHEN R TETR0<br>111 WEST MONROE ST<br>CHICAGO IL 60603 |
| 000808S004-1482A-028A<br>MISHMERET TRUST COMPANY LTD<br>JEFFREY ZWICK AND ASSOCIATES PC<br>JEFFREY ZWICK<br>266 BROADWAY<br>STE 403<br>BROOKLYN NY 11211 | 000835P001-1482A-028A<br>MPI PLUMBING CORP<br>670 MYRTLE AVE #234<br>BROOKLYN NY 11205 | 000809P003-1482A-028A<br>MREF REIT LENDER 9 LLC<br>MACK REAL ESTATE GROUP; KEVIN CULLIMAN<br>60 COLUMBUS CIR<br>20TH FL<br>NEW YORK NY 10023 | 000809S001-1482A-028A<br>MREF REIT LENDER 9 LLC<br>GOODWIN PROCTER; MICHAEL GOLDSTEIN<br>THE NEW YORK TIMES BUILDING<br>620 EIGHTH AVENUE<br>NEW YORK NY 10018 |
| 000809S002-1482A-028A<br>MREF REIT LENDER 9 LLC<br>GOODWIN; K JARASHOW, D BRUMMER, W WEINTRAUB<br>DIANA BRUMMER ESQ WILLIAM WEINTRAUB ESQ<br>THE NEW YORK TIMES BUILDING<br>620 EIGHTH AVENUE<br>NEW YORK NY 10018 | 000836P002-1482A-028A<br>PBS SVC INC<br>4403 15TH AVE<br>STE 409<br>BROOKLYN NY 11219 | 000837P001-1482A-028A<br>POOL DOCS OF NJ<br>525 OBERLIN AVE S<br>LAKEWOOD NJ 08701 | 000838P001-1482A-028A<br>QUALITY FACILITY SOLUTIONS<br>75 TAAFFE PL<br>BROOKLYN NY 11205 |
| 000839P001-1482A-028A<br>ROTAVELE ELEVATOR CONSTRUCTION INC<br>414 SENECA AVE<br>RIDGEWOOD NY 11385 | 000841P001-1482A-028A<br>SECURITY SHIELD USA INC<br>314 PENN ST<br>BROOKLYN NY 11211 | 000842P001-1482A-028A<br>STATEWIDE SOURCE INC<br>100A BROADWAY<br>STE 138<br>BROOKLYN NY 11249 | 000843P001-1482A-028A<br>STYLE STONE GALLERY<br>83 KNICKERBOCKER AVE<br>BROOKLYN NY 11237 |

**Evergreen Gardens Mezz LLC, et al.**
**Exhibit Pages**

Page # : 3 of 3                                                                 10/22/2021 09:04:58 PM

| | | | |
|---|---|---|---|
| 000844P002-1482A-028A | 001022P001-1482A-028A | 000845P001-1482A-028A | 000846P001-1482A-028A |
| SUPREME WOOD FLOORS INC | THOMAS TILES INC | UNITED PANEL TECHNOLOGIES CORP | URBAN WALL FINISHES LLC |
| ELIEZER RAUSMAN | 1438 OVINGTON AVE | 611 OLD WILLETS PATH | 3948 44TH ST |
| 1072 MADISON AVE | BROOKLYN NY 11219 | HAUPPAUGE NY 11788 | SUNNYSIDE NY 11104 |
| LAKEWOOD NJ 08701 | | | |

| | |
|---|---|
| 000847P001-1482A-028A | 000848P001-1482A-028A |
| WORLDWIDE PLUMBING SUPPLY INC | Y AND S PLUMBING  AND  HEATING SUPPLY NY LLC |
| 4002 15TH AVE | 244 ROGERS AVE |
| BROOKLYN NY 11218 | BROOKLYN NY 11225 |

Records Printed :  **62**

**EXHIBIT 5**

Evergreen Gardens Mezz LLC
Electronic Mail
**Exhibit Page**

000809S002-1482A-028B
MREF REIT LENDER 9 LLC
GOODWIN; K JARASHOW, D BRUMMER, W WEINTRAUB
DIANA BRUMMER ESQ WILLIAM WEINTRAUB ESQ
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK NY 10018
KJARASHOW@GOODWINLAW.COM

000809P003-1482A-028B
MREF REIT LENDER 9 LLC
MACK REAL ESTATE GROUP; KEVIN CULLIMAN
60 COLUMBUS CIR
20TH FL
NEW YORK NY 10023
KJARASHOW@GOODWINLAW.COM

000809P003-1482A-028B
MREF REIT LENDER 9 LLC
MACK REAL ESTATE GROUP; KEVIN CULLIMAN
60 COLUMBUS CIR
20TH FL
NEW YORK NY 10023
MGOLDSTEIN@GOODWINLAW.COM

000809S001-1482A-028B
MREF REIT LENDER 9 LLC
GOODWIN PROCTER; MICHAEL GOLDSTEIN
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK NY 10018
mgoldstein@goodwinlaw.com

Records Printed : **4**

**EXHIBIT 6**

Evergreen Gardens Mezz LLC, et al.
Exhibit Page

| | | | |
|---|---|---|---|
| 000893P002-1482A-028B<br>ALL YEAR MANAGEMENT NY INC<br>ISRAEL DAVID FRIEDMAN OFFICER<br>199 LEE AVE<br>STE 693<br>BROOKLYN NY 11211 | 000809P003-1482A-028B<br>MREF REIT LENDER 9 LLC<br>MACK REAL ESTATE GROUP; KEVIN CULLIMAN<br>60 COLUMBUS CIR<br>20TH FL<br>NEW YORK NY 10023 | 000809S001-1482A-028B<br>MREF REIT LENDER 9 LLC<br>GOODWIN PROCTER; MICHAEL GOLDSTEIN<br>THE NEW YORK TIMES BUILDING<br>620 EIGHTH AVENUE<br>NEW YORK NY 10018 | 000809S002-1482A-028B<br>MREF REIT LENDER 9 LLC<br>GOODWIN; K JARASHOW, D BRUMMER, W WEINTRAUB<br>DIANA BRUMMER ESQ WILLIAM WEINTRAUB ESQ<br>THE NEW YORK TIMES BUILDING<br>620 EIGHTH AVENUE<br>NEW YORK NY 10018 |
| 001270P001-1482A-028B<br>SMART MANAGEMENT NY INC<br>735 BEDFORD AVE<br>BROOKLYN NY 11205 | | | |

Records Printed : **5**