Attorneys for Secured Creditor MPI Plumbing Corp
Yitzhak Greenberg, Esq.
BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
60 East 42nd Street, Suite 4600
New York, NY 10165
(212) 697-6484

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**In re**

**EVERGREEN GARDENS MEZZ LLC, et al.,**

**Chapter 11**
**Lead Case No: 21-10335 (MG)**
**(Jointly Administered)**

**Debtors.**
-----------------------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS.

PLEASE TAKE NOTICE, the law firm of BRONSTEIN, GEWIRTZ & GROSSMAN, LLC, ("BGG"), by the undersigned, hereby appears as counsel for MPI Plumbing Corp as prepetition secured creditor and interested party in the above-captioned chapter 11 cases. Pursuant to Sections 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), MPI Plumbing Corp requests that all notices given or that are required to be given and all pleadings and orders that are served or required to be served in the above-captioned chapter 11 cases, or in proceedings related thereto, be served upon BGG at the following addresses:

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
Attn: Yitzhak Greenberg, Esq.
60 East 42nd Street, Suite 4600
New York, NY 10165
ygreenberg@bgandg.com
peretz@bgandg.com
(212) 697-6484

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes not only the notices, pleadings, orders, and other papers referred to the Bankruptcy Code section and the Bankruptcy Rules specified above, but also includes without limitation, all other notices, papers, applications, motions, petitions, pleadings, requests, complaints, answering or reply papers, plans, disclosure statements, reports, and demands, including all amendments to the foregoing, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or otherwise, which affects this chapter 11 case or any proceedings related thereto, the above-captioned Debtors, property in its possession, custody, or control, the administration of the Debtors' bankruptcy case, or the rights of creditors or other parties in interest, or which affect MPI Plumbing Corp.

PLEASE TAKE FURTHER NOTICE that MPI Plumbing Corp does not intend, nor shall it be deemed, through this Notice of Appearance and Request for Service of Papers, or any subsequent appearance, pleading, claim, or suit, to waive any substantive or procedural rights, including, without limitation, (i) its rights to have a United States District Judge determine de novo all noncore proceedings (and all core proceedings as to which the Bankruptcy Court lacks authority to enter judgments or final

orders), (ii) its rights to a trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) its rights to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any right to object to the jurisdiction of the Bankruptcy Court, or to venue in the Southern District of New York, for any purpose other than with respect to this Notice of Appearance and Request for Service of Papers, or (v) any other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which it is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies MPI Plumbing Corp expressly reserves.

DATED: March 2, 2022
Brooklyn, New York

       *By:/s/ Yitzhak Greenberg*
       Yitzhak Greenberg
       60 East 42nd Street, Suite 4600
       New York, New York 10165
       Tel. No.: (212) 697-6484
       Fax. No.: (212) 697-7296