**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Tracy L. Klestadt
Brendan M. Scott

*Attorneys for Tracy L. Klestadt in his capacity as Court Appointed Plan Administrator for Evergreen Gardens Mezz LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X
                                    :
**In re**                           :    Chapter 11
                                    :
**EVERGREEN GARDENS MEZZ LLC,** *et al.*  :    Case No. 21-10335 (MG)
                                    :
        **Debtors.**[1]             :
                                    :
                                    :
---------------------------------------------------------X

**DECLARATION OF TRACY L. KLESTADT IN SUPPORT OF OBJECTION TO PROOF OF CLAIM NO. 34 FILED BY AURA ELECTRICAL SUPPLY INC.**

Tracy L. Klestadt, an attorney duly admitted to practice law in the within Court, hereby certifies under the penalty of perjury, pursuant to 28 U.S.C. §1746, as follows:

1.    I am a member of the law firm of Klestadt Winters Jureller Southard & Stevens, LLP and am also the court appointed Plan Administrator for Post-Effective Date Evergreen Gardens Mezz LLC.

---

[1] The debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Evergreen Gardens Mezz LLC (0416); Evergreen Gardens I LLC (2211); and Evergreen Gardens II LLC (6782) (collectively the "Debtors"). The Debtors' principal offices are located at 199 Lee Avenue, Suite 693, Brooklyn, New York 11211.

2.  I submit this declaration in support of the Objection ("Objection")[2] to Proof of Claim No. 34 (the "Claim") filed by Aura Electrical Supply Inc. ("Claimant").

3.  Since the Plan Effective Date, I have reviewed relevant books and records, including copies of invoices and purchase orders and the Debtor's ledger report, interviewed Debtor employees and agents regarding the Debtor's historical billing practices, and compared the Claim Amount to the Debtor's books and records in an effort to determine whether the Claim Amount is, in whole or in part, properly asserted against the Debtor.

4.  Based upon that review, I have determined that the Debtor's books and records reflect that no more than $147,291.53 is owed to Claimant on account of the Claim for work performed by the Claimant on behalf of the Debtor.

Dated: New York, New York
       March 10, 2022

                                                        */s/Tracy L. Klestadt*
                                                        Tracy L. Klestadt

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Objection.

2