# EXHIBIT E

# NOTICE UNDER MECHANIC'S LIEN LAW

To the Clerk of the County of Kings and all others whom it may concern:

    **PLEASE TAKE NOTICE**, that **POOL DOCS OF NJ**, as lienor have and claim a lien on the real property hereinafter described as follows:

(1)     The name and residence of the lienor is, **POOL DOCS OF NJ** being a corporation composed of shareholders, whose business address is at 525 Oberlin Avenue, S. Lakewood NJ 08701.

(2)     The name and address of lienor's attorney, if any, is **Zisholtz & Zisholtz, LLP, 200 Garden City Plaza, Suite 408, Garden City, New York 11530**.

(3)     The owner of the real property is **EVERGREEN GARDENS I LLC** and the interests of the owners as far as known to the lienor(s) is owner in fee.

(4)     The name of the persons by whom the lienor(s) was is employed are **BROOKLYN GC, LLC AND APT DEVELOPERS.**

    The name of the persons whom the lienor furnished or is to furnish materials or for whom the lienor performed or is to perform professional services are **BROOKLYN GC, LLC AND APT DEVELOPERS.**

    The name of the persons with whom the contract was made are: **BROOKLYN GC, LLC AND APT DEVELOPERS.**

    The name of the person for whom professional services were rendered is **None**

(5)     The labor performed **Installed equipment, automation, plumbing for pool and water feature.**

    The materials furnished were all related materials and equipment required for the labor and installation of the pool and plumbing.

(6)     The agreed price and value of the materials furnished is **$411,498.80.**

    The agreed price and value of the materials actually manufactured for but not delivered to the real property is **None**

(7)     The amount unpaid to the lienor for the materials furnished is **$73,498.80.**
    Total amount unpaid is **$73,498.80**
    The total amount claimed for which this lien is filed is **$73,498.80**

(8)     The time when the first item or work was performed was on or about **May 11, 2018.**



    The time when the last item of work was performed is **October 21, 2020.**

(9)    Said property subject to the lien is situated in the County of Kings, State of New York and described as 123 Melrose Street, Brooklyn, New York, **Block 3152, Lot 48.**

That said labor and materials were performed and furnished for and used, and that the professional services rendered were used, in the improvement of the real property herein before described. That 8 months (4 months if a single family dwelling) have not elapsed dating from the last item of work performed, or from the last items of materials furnished, or since the completion of the contract, or since the final performance of the work, or since the final furnishing of the materials for which this lien is claimed.

Dated: February , 2021

                                              **POOL DOCS OF NJ**

                                              By: _____
                                                  Samantha Jacobs, Secretary

2

STATE OF NEW YORK, COUNTY OF KINGS
ss.:
CORPORATION

**Samantha Jacobs**, being duly sworn deposes and says, that deponent is the Secretary of **POOL DOCS OF NJ**, herein, that deponent has read the foregoing Notice of Lien and knows the contents thereof, and that the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged upon information and belief, and that as to those matters deponent believes it to be true. The reason why this verification is made by deponent is that deponent is an officer, to wit, the **Secretary** of **POOL DOCS OF NJ**, which is a foreign corporation, and deponent is familiar with the facts and circumstances herein.

The sources of deponent's information and the grounds of deponent's belief as to all matters not therein stated upon deponent's knowledge are as follows: **personal knowledge and books and records maintained by the Corporation in the regular course of business.**

Samanta Jacobs

Sworn to before me on
February 11th, 2021

Notary Public

BRIAN SODANO
Notary Public
State of New Jersey
My Commission Expires June 28, 2022
I.D.# 2422351

LIEN LAW- 11.b copy of notice of lien to a contractor or subcontractor. Within thirty days after filing a notice of lien in accordance with section ten of the lien law or the filing of an amendment of notice of lien in accordance with section twelve-a of the lien law the lienor shall serve a copy of such notice or amendment by certified mail on the contractor, subcontractor, assignee or legal representative for whom he was employed or to whom he furnished materials or if the lienor is a contractor or subcontractor to the person, firm or corporation with whom the contractor was made. A lienor having a direct contractual relationship with a subcontractor or a sub-subcontractor but not with a contractor shall also serve a copy of such notice or amendment by certified mail to the contractor. failure to file proof of such a service with the county clerk within thirty-five days after the notice of lien is filed shall terminate the notice as a lien. Any lienor, or a person acting on behalf of a lienor, who fails to serve a copy of the notice of lien as required by this section shall be liable for reasonable attorney's fees, costs and expenses, as determined by the court, incurred in obtaining such copy.

FILING OF NOTICE OF LIEN-Notice of Lien may be filed at any time during the progress of the work and the furnishing of the materials, or, within eight months (four months if a single family dwelling) after the completion of the contract, or the final performance of the work, or the final furnishing of the materials, dating from the last item of work performed or materials furnished. The Notice of Lien must be filed in the Clerk's office of the County where the property is situated. If such property is situated in two or more counties, the Notice of Lien shall be filed in the office of the Clerk of each of such Counties. (Section 10 of Lien Law)

3



# AFFIDAVIT OF SERVICE BY CERTIFIED MAIL
## RETURN RECEIPT REQUESTED

STATE OF NEW YORK   )
                    )  S.S:
COUNTY OF NASSAU    )

Millie Delgado, being duly sworn, deposes and says that I am not a party to the action, am over 18 years of age, and reside in Suffolk County, New York. That on the 17th day of February, 2021, I served the within **Notice Under Mechanic's Lien Law** by certified mail, return receipt requested, upon the following:

> Brooklyn GC LLC
> c/o APT Developers LLC
> 199 Lee Avenue, # 693
> Brooklyn, New York 11211
> No. 7019 0700 0001 8656 5706
>
> Evergreen Gardens I LLC
> 266 Broadway, Suite 403
> Brooklyn, New York 11211
> No. 7019 0700 0001 8656 5713

by depositing a true copy of the same securely enclosed in a post-paid wrapper and deposited into a Post Office Box regularly maintained by the United States Government at Garden City, County of Nassau, State of New York, directed to each of the said addressees above set forth, or the place where each then kept an office between which places there then were and now is a regular communication by mail.

_____
Millie Delgado

**POOL DOCS OF NJ v. BROOKLYN GC, LLC
and APT DEVELOPERS and EVERGREEN
GARDENS I LLC**
Premises: 123 Melrose Street, Brooklyn, New York
Block 3152, Lot 48
County: Kings
Amount of Lien: $73,498.80

Sworn to before me this
17th day of February, 2021

_____
Notary Public

RICHARD C. ZISHOLTZ
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02ZI6401402
Qualified in Nassau County
Commission Expires   December 9, 2023

# EXTENSION OF NOTICE OF MECHANIC'S LIEN

TO THE CLERK OF THE COUNTY OF KINGS, STATE OF NEW YORK:

PLEASE TAKE NOTICE, that pursuant to Lien Law, Section 17, the Lienor hereinafter named elects to extend a certain Notice of Mechanic's Lien heretofore filed herein.

The lien extended herein is described as follows:

1. The name and address of the Lienor is **Pool Docs of NJ**, 525 Oberlin Avenue, S. Lakewood, New Jersey.

2. The original Notice of Lien was filed on February 22, 2021.

3. The name of the Owner of the real property is **Evergreen Gardens I LLC.**

4. The real property affected by the lien is situated in the County of Kings York, City and State of New York, known as and located at 123 Melrose Street, Brooklyn, New York, Block 3152, Lot 48.

5. The real property affected by the lien is not improved or to be improved with a single family dwelling.

6. The amount of the lien is $73,498.80.

7. More than one year has not elapsed since the filing of the Notice of Mechanic's Lien being extended herein.

8. The lien being extended herein shall be continued for a period of one year from the filing of the extension herein.

Dated: February 9, 2022

                                          **POOL DOCS OF NJ**

                                      By: _____
                                              Samantha Jacobs, Secretary

STATE OF NEW JERSEY    )
                      ) S.S.:
COUNTY OF OCEAN       )

**Samantha Jacobs,** being duly sworn deposes and says, that deponent is the Secretary of **POOL DOCS OF NJ,** herein, that deponent has read the foregoing Extension of Notice of Lien and knows the contents thereof, and that the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged upon information and belief, and that as to those matters deponent believes it to be true. The reason why this verification is made by deponent is that deponent is an officer, to wit, the **Secretary** of **POOL DOCS OF NJ,** which is a foreign corporation, and deponent is familiar with the facts and circumstances herein.

The sources of deponent's information and the grounds of deponent's belief as to all matters not therein stated upon deponent's knowledge are as follows: **personal knowledge and books and records maintained by the Corporation in the regular course of business.**

Samanta Jacobs

Sworn to before me on
February 9th, 2022

Notary Public

FRANK GORMAN
Comm. Exp. Sept. 13, 2023
NOTARY PUBLIC
Comm. #2434822
NEW JERSEY