**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Tracy L. Klestadt
Brendan M. Scott
Christopher Reilly

*Attorneys for Tracy L. Klestadt in his capacity as
Court Appointed Plan Administrator for Evergreen
Gardens Mezz LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
                                                               :
**In re**                                                      :  **Chapter 11**
                                                               :
**EVERGREEN GARDENS MEZZ LLC,** *et al.*                       :  **Case No. 21-10335 (MG)**
                                                               :
                 **Debtors.**[1]                               :
                                                               :
                                                               :
---------------------------------------------------------------X

**STATUS REPORT FOR ZOOM HEARING
SCHEDULED FOR APRIL 14, 2022 AT 11:00 A.M.**

> **The Hearing will be conducted using Zoom for Government. If you wish to appear at the Hearing, you must register your appearance by 4:00 p.m. the day prior to the Hearing utilizing the eCourt Appearances portal (https://www.nysb.uscourts.gov/ecourt-appearances) located on the Court's website.**

1. Motion for Omnibus Objection to Claim(s) Post-Effective Date EGM Plan Administrators Second Omnibus Objection to (I) Proofs Of Claim Filed Against Wrong Debtor, (II) Duplicative Proofs Of Claim and (III) Claims That Were Amended By Subsequently Filed Proofs Of Claim [Docket No. 339].

---

[1] The debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Evergreen Gardens Mezz LLC (0416); Evergreen Gardens I LLC (2211); and Evergreen Gardens II LLC (6782) (collectively the "Debtors"). The Debtors' principal offices are located at 199 Lee Avenue, Suite 693, Brooklyn, New York 11211.

<u>Related Documents</u>: Notice of Hearing on Post-Effective Date EGM Plan Administrators Second Omnibus Objection to (I) Proofs Of Claim Filed Against Wrong Debtor, (II) Duplicative Proofs Of Claim and (III) Claims That Were Amended By Subsequently Filed Proofs Of Claim [Docket No. 340].

<u>Status</u>: The hearing on this matter will be adjourned to May 4, 2022 at 10:00 a.m. (EST) for the following claimants:

- Claim No. 53-Argo Partners/Leverage Builders Group Inc.
- Claim No. 60- Big Apple Designers Inc.
- Claim No. 105-Yoel Goldman and All Year Management NY Inc.
- Claim No. 106-Rotavele Brooklyn Construction Inc.
- Claim No. 107-Rotavele Elevator Construction Inc.
- Claim No. 123- A. Ostreicher Construction Corp.
- Claim No. 141- Rotavele Elevator Svc. Inc.
- Claim No. 143-All Year Holdings Limited

The hearing on this matter will be going forward for the following claimants who filed against the wrong Debtor:

- Claim No. 22-Taylor Lovely
- Claim No. 23-Verizon Business Global LLC
- Claim No. 43-Sheika Davis
- Claim No. 67-Hasmik Kirakossian
- Claim No. 68- Jaclyn Catala
- Claim No. 69-Charles Hack
- Claim No. 76-Christina Ames
- Claim No. 130-Green Food Solutions
- Claim No. 142-Christina Ames
- Claim No. 147-PBS SVC Inc.

The hearing on this matter will be going forward for the following claimants who filed duplicate proofs of claim:

- Claim No. 67-Hasmik Kirakossian
- Claim No. 76-Christina Ames
- Claim No. 130-Green Food Solutions
- Claim No. 142-Christina Ames
- Claim No. 147-PBS SVC Inc.

The hearing on this matter will be going forward for the following claimants whose claims were amended by subsequently filed proofs of claim:

- Claim No. 12-Security Shield USA Inc.
- Claim No. 3- Supreme Wood Floors Inc.

Responses Received: Letter Dated 3/21/22 in re: Request To Join Hearing Filed by Mary Wetherill on behalf of Green Food Solutions [Docket No. 391].

2. Motion for Omnibus Objection to Claim(s) Number: 115, 116, 117, 121, 122, 123, 124,126 EGM Plan Administrators Omnibus Objection to Late Filed Proofs of Claim [Docket No. 333].

    Related Documents: Notice of Hearing on EGM Plan Administrators Omnibus Objection to Late Filed Proofs of Claim [Docket No. 334].

    Order signed on 3/17/2022 Overruling the EGM Plan Administrator's Objections to Claim Nos. 123 and 124 [Docket No. 386].

    Order signed on 3/18/2022 Granting EGM Plan Administrator's Omnibus Objection to Disallow and Expunge Late Filed Proofs of Claim [Docket No. 389].

    Status: The hearing on this matter will be adjourned to May 4, 2022 at 10:00 a.m. (EST) for the following claimants:

    - Claim No. 115-Adriano Neto
    - Claim No. 116- Ferreira Everaldo
    - Claim No. 117-  Helio Mendes Verly

    Responses Received: None.

3. EGM Plan Administrator's Motion for an Order Extending the Deadline to Object to Proofs of Claim [Docket No. 392];

    Related Documents: Notice of Hearing on EGM Plan Administrator's Motion for an Order Extending the Deadline to Object to Proofs of Claim [Docket No. 393].

    Status: This matter will be going forward.

    Responses Received: None.

4. Motion for Objection to Claim(s) Number: 6 Filed By Global Quality Contractors [Docket No. 368].

    Related Documents: Notice of Hearing on Post-Effective Date EGM Plan Administrator's Objections to Certain Proofs of Claim [Docket No. 370].

    Status: The hearing on this matter is adjourned to May 4, 2022 @ 10:00 a.m. (EST).

3

Responses Received: Opposition to Plan Administrator's Objection to Proof of Claim No.6 [Docket No. 420].

5. Motion for Objection to Claim(s) Number: 7 Filed By Global Quality Contractors [Docket No. 369].

   Related Documents: Notice of Hearing on Post-Effective Date EGM Plan Administrator's Objections to Certain Proofs of Claim [Docket No. 370].

   Status: The hearing on this matter is adjourned to May 4, 2022 @ 10:00 a.m. (EST).

   Responses Received: Opposition to Plan Administrator's Objection to Proof of Claim No.6 [Docket No. 421].

6. Motion for Objection to Claim(s) Number: 10 Filed By Hivolts Electrical [Docket No. 361].

   Related Documents: Notice of Hearing on Post-Effective Date EGM Plan Administrator's Objections to Certain Proofs of Claim [Docket No. 370].

   Status: The hearing on this matter is adjourned to May 4, 2022 @ 10:00 a.m. (EST).

   Responses Received: None.

7. Motion for Objection to Claim(s) Number: 25 Filed By Azz Contracting Inc. [Docket No. 363]

   Related Documents: Notice of Hearing on Post-Effective Date EGM Plan Administrator's Objections to Certain Proofs of Claim [Docket No. 370].

   Status: The hearing on this matter is adjourned to May 4, 2022 @ 10:00 a.m. (EST).

   Responses Received: Opposition to Plan Administrator Objection to Proof of Claim No.25 [Docket No. 416].

8. Motion for Objection to Claim(s) Number: 26 Filed by Gilchrist Metal Fabrication [Docket No. 367].

   Related Documents: Notice of Hearing on Post-Effective Date EGM Plan Administrator's Objections to Certain Proofs of Claim [Docket No. 370].

   Status: The hearing on this matter is adjourned to May 4, 2022 @ 10:00 a.m. (EST).

Responses Received: Opposition to Plan Administrator's Objection to Proof of Claim No. 26 [Docket No. 417].

9. Motion for Objection to Claim(s) Number: 34 Filed by Aura Electrical Supply Inc. [Docket No. 358].

   Related Documents: Notice of Hearing on Post-Effective Date EGM Plan Administrator's Objections to Certain Proofs of Claim [Docket No. 370].

   Status: The hearing on this matter is adjourned to May 4, 2022 @ 10:00 a.m. (EST).

   Responses Received: None.

10. Motion for Objection to Claim(s) Number: 38 Filed By Em Es Enterprise LLC [Docket No. 354].

    Related Documents: Notice of Hearing on Post-Effective Date EGM Plan Administrator's Objections to Certain Proofs of Claim [Docket No. 370].

    Status: The hearing on this matter is adjourned to May 4, 2022 @ 10:00 a.m. (EST).

    Responses Received: None.

11. Motion for Objection to Claim(s) Number: 39 Filed By Pool Docs of NJ [Docket No. 356]

    Related Documents: Notice of Hearing on Post-Effective Date EGM Plan Administrator's Objections to Certain Proofs of Claim [Docket No. 370].

    Status: The hearing on this matter is adjourned to May 4, 2022 @ 10:00 a.m. (EST).

    Responses Received: Opposition To Plan Administrator's Objection to Proof Claim No. 39 filed by Pool Docs of NJ [Docket No. 418].

12. Motion for Objection to Claim(s) Number: 40 Filed By Pool Docs of NJ [Docket No. 357]

    Related Documents: Notice of Hearing on Post-Effective Date EGM Plan Administrator's Objections to Certain Proofs of Claim [Docket No. 370].

    Status: The hearing on this matter is adjourned to May 4, 2022 @ 10:00 a.m. (EST).

    Responses Received: Opposition To Plan Administrator's Objection to Proof Claim No. 40 filed by Pool Docs of NJ [Docket No. 419].

13. Motion for Objection to Claims Number: 53 Filed by Argo Partners/Leverage Builders Group [Docket No. 364].

    Related Documents: Notice of Hearing on Post-Effective Date EGM Plan Administrator's Objections to Certain Proofs of Claim [Docket No. 370].

    Status: The hearing on this matter is adjourned to May 4, 2022 @ 10:00 a.m. (EST).

    Responses Received: None.

14. Motion for Objection to Claims Number: 62 Filed by Quality Facility Solutions Corp. [Docket No. 359].

    Related Documents: Notice of Hearing on Post-Effective Date EGM Plan Administrator's Objections to Certain Proofs of Claim [Docket No. 370].

    Status: The hearing on this matter is adjourned to May 4, 2022 @ 10:00 a.m. (EST).

    Responses Received: None.

15. Motion for Objection to Claim(s) Number: 63 Filed by Essential Basics Inc. [ECF Docket No. 366].

    Related Documents: Notice of Hearing on Post-Effective Date EGM Plan Administrator's Objections to Certain Proofs of Claim [Docket No. 370].

    Status: The hearing on this matter is adjourned to May 4, 2022 @ 10:00 a.m. (EST).

    Responses Received: None.

16. Motion for Objection to Claim(s) Number: 70 Filed By Magellan Concrete Structure 1 Corp. [Docket No. 353].

    Related Documents: Notice of Hearing on Post-Effective Date EGM Plan Administrator's Objections to Certain Proofs of Claim [Docket No. 370].

    Status: The hearing on this matter is adjourned to May 4, 2022 @ 10:00 a.m. (EST).

    Responses Received: None.

17. Motion for Objection to Claim(s) Number: 73 Filed by 20/20 Inspections Inc. [Docket No. 359].

    Related Documents: Notice of Hearing on Post-Effective Date EGM Plan Administrator's Objections to Certain Proofs of Claim [Docket No. 370].

    Notice of Withdrawal of Post-Effective Date EGM Plan Administrator's Objection to Proof of Claim No. 73 Filed by 20/20 Inspections Inc. [Docket No. 425].

    Status: This matter has been withdrawn.

    Responses Received: None.

18. Motion for Objection to Claim(s) Number: 88 Filed By Master Roofing and Siding Inc. [Docket No. 355].

    Related Documents: Notice of Hearing on Post-Effective Date EGM Plan Administrator's Objections to Certain Proofs of Claim [Docket No. 370].

    Status: The hearing on this matter is adjourned to May 4, 2022 @ 10:00 a.m. (EST).

    Responses Received: None.

19. Motion for Objection to Claim(s) Number: 107 Filed by Rotavele Elevator Construction Inc. [Docket No. 373].

    Related Documents: Notice of Hearing on Post-Effective Date EGM Plan Administrator's Objections to Certain Proofs of Claim [Docket No. 370].

    Status: The hearing on this matter is adjourned to May 4, 2022 @ 10:00 a.m. (EST).

    Responses Received: None.

20. Motion for Objection to Claims Number:122 Filed by Issek Brothers Inc. [Docket No. 352].

    Related Documents: Notice of Hearing on Post-Effective Date EGM Plan Administrator's Objections to Certain Proofs of Claim [Docket No. 370].

    Order signed on 3/18/2022 Granting EGM Plan Administrator's Omnibus Objection to Disallow and Expunge Late Filed Proofs of Claim [Docket No. 389].

Status: This matter is moot as per the above referenced order expunging the same and will be withdrawn.

Responses Received: None.

21. Motion for Objection to Claim(s) Number: 143 Post-Effective Date EGM Plan Administrators Objection To Claim No. 143 Filed By All Year Holdings Limited [Docket No. 339].

    Related Documents: Notice of Hearing on Post-Effective Date EGM Plan Administrators Objection To Claim No. 143 Filed By All Year Holdings Limited [Docket No. 340].

    Status: The hearing on this matter is adjourned to May 4, 2022 @ 10:00 a.m. (EST).

22. Motion for Objection to Claim(s) Number: 96 Filed By CRG Financial LLC [Docket No. 365].

    Related Documents: Notice of Hearing on Post-Effective Date EGM Plan Administrator's Objections to Certain Proofs of Claim [Docket No. 370].

    Status: This matter is going forward.

    Responses Received: None.

Dated: April 12, 2022
       New York, New York

Respectfully submitted,

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: */s/ Christopher Reilly*
Tracy L. Klestadt
Brendan M. Scott
Christopher Reilly
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
tklestadt@klestadt.com
bscott@klestadt.com
creilly@klestadt.com

*Attorneys for Tracy L. Klestadt in his capacity as Court Appointed Plan Administrator for Evergreen Gardens Mezz LLC*