Attorneys for Secured Creditor MPI Plumbing Corp.
Peretz Bronstein, Esq.
Yitzhak Greenberg, Esq.
BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
60 East 42nd Street, Suite 4600
New York, NY 10165
(212) 697-6484

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**In re**

**EVERGREEN GARDENS MEZZ LLC, et al.**[1]**,**

**Chapter 11**
**Lead Case No: 21-10335 (MG)**
**(Jointly Administered)**

**Debtors.**
-----------------------------------------------------------X

## NOTICE OF PERFECTION OF LIENS PURSUANT TO 11 U.S.C. § 546(b).

MPI Plumbing Corp. ("Lien Claimant"), through undersigned counsel, hereby gives notice ("Notice"), pursuant to 11 U.S.C. § 546(b), of its perfection of interests in certain property of the estate of Evergreen Gardens II LLC (the "Estate"), and in the proceeds, products, offspring, rents, or profits of such property, and in support thereof respectfully represents:

This Notice serves to perfect or maintain or continues the perfection of interests of the type described in 11 U.S.C. § 546(b)(1) (hereinafter "546 Interests") in property of the Estate, in property of the Debtor, or in property of third parties who are in privity with the Debtor. The 546 Interests perfected or maintained or continued herein extend in and to the proceeds, products, offspring, rents, or profits of such property. The property in which Lien Claimant hereby gives notice of such perfection or maintenance or continuation of the perfection of its 546 Interests is described in the attached Exhibit

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Evergreen Gardens Mezz LLC (0416); Evergreen Gardens I LLC (2211); and Evergreen Gardens II LLC (6782). The Debtors' principal offices are located at 199 Lee Avenue, Suite 693, Brooklyn, New York 11211.

"A". Lien Claimant has perfected its 546 Interests in the property identified by the filing of a lien affidavit, a file-stamped copy of which is attached hereto as Exhibit "A".

Consistent with Lien Claimant's filed secured proofs of claim, Lien Claimant asserts a secured interest as set forth above in the property identified and described above to the fullest extent allowed by law, including interest and attorneys' fees. The filing of this Notice shall not be deemed to be a waiver of Lien Claimant's right to seek relief from the automatic stay to foreclose its liens and/or any of any other rights or defenses. Lien Claimant reserves the right to supplement and/or amend this Notice and reserves any and all other rights available under applicable law. This Notice is without prejudice to any and all other rights, claims, remedies, and causes of action which Lien Claimant has or may have against the Debtor, its estate, or otherwise and/or against any third-party, other property, or otherwise, all of which are expressly reserved.

This Notice shall not be construed as an admission that such filing is required or to the necessity of recording, commencement, or seizure.  This Notice shall preserve and continue to preserve any and all of Lien Claimant's rights as to the Bankruptcy Code and the New York Lien Law.

DATED: May 17, 2022
New York, New York

    BRONSTEIN, GEWIRTZ & GROSSMAN, LLC

    *By:/s/ Yitzhak Greenberg*
    Yitzhak Greenberg
    Peretz Bronstein
    60 East 42nd Street, Suite 4600
    New York, New York 10165
    Tel. No.: (212) 697-6484
    Fax. No.: (212) 697-7296