## EXTENSION OF MECHANIC'S LIEN

To the Clerk of the County of   Kings   and all others whom it may concern:

Please take notice that the lienors named below extend for one year from the date of filing of this Extension the lien on the real property described as follows:

(1) The name of the lienor is **MPI Plumbing Corp.**
670 Myrtle Ave #234
Brooklyn NY 11205

(2) The owner of the real property against whose interest the lien is claimed is
**Evergreen Gardens II LLC**

(3) The name of the person by whom the lienor was employed is
**Brooklyn GC / APT Developers LLC**

The name of the person to whom the lienor furnished or is (are) to furnish material or for whom the lienor performed or is (are) to perform professional services is
**Brooklyn GC / APT Developers LLC**

The name of the person with whom the contract was made is **Yoel Schwimmer**

(4) The property subject to the lien is situated in the Borough of **Brooklyn**   County of **Kings**
State of New York, and known as Number **54 Noll Street, Brooklyn NY**

Block: 3152
Lot: 1

(5) The amount of the lien is **$134,265.61**

(6) The date of filing the notice of Mechanic's lien **12/8/2021**

This is not a lien on real property improved or to be improved with a single family dwelling.

Dated: 12/6/2021

MPI Plumbing Corp.
_____
Judith Friedman, Agent

RECEIVED
DEC 6 2021
KINGS COUNTY CLERKS OFFICE

### ACKNOWLEDGEMENT IN NEW YORK STATE

STATE OF NEW YORK COUNTY OF KINGS   SS:

On **December 6, 2021**   before me, the undersigned, personally appeared Judith Friedman personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies) and that by his/her/their signature(s) on the instrument, the individual (s), or the person upon behalf of which the individual(s) acted, executed the instrument.

JACOB FRIEDMAN
NOTARY PUBLIC, State of New York
No. 01-FR6107907
Qualified in Kings County
Commission Expires APRIL 12, 2024

NOTARY PUBLIC