# NOTICE UNDER MECHANIC'S LIEN LAW

**ORIGINAL**

To the Clerk of the County of **Kings** and all others whom it may concern:

PLEASE TAKE NOTICE, that **MPI Plumbing Corp.** as lienor have and claim a lien on the real property hereinafter described as follows:

**RECEIVED DEC - 8 2020 KINGS COUNTY CLERK'S OFFICE**

(1) The name and residence of the lienor are **MPI Plumbing Corp.**
**670 Myrtle Ave. #234**
**Brooklyn NY 11205**

being a corporation composed of stockholders whose business and principal place of business is at:
**670 Myrtle Ave. #234 Brooklyn NY 11205**

(2) The owner(s) of the real property is
**Evergreen Gardens II LLC**
and the interest of the owner as far as known to the lienor is Fee Simple.

(3) The name of the person by whom the lienor was employed is
**Brooklyn GC LLC\ APT Developers LLC**
The name of the person to whom the lienor furnished or is (are) to furnish material or for whom the lienor performed or is (are) to perform professional services is
**Brooklyn GC LLC\ APT Developers LLC**
The name of the person with whom the contract was made is **Yoel Schwimmer**

(4) The labor performed and/ or material furnished was:

**Plumbing & Sprinkler Installation**

The agreed price and value of the labor performed
and/or value of the material furnished is      $7,867,748.92
Total agreed price and value      $7,867,748.92

(5) The amount unpaid to the lienor for said labor performed
and/or for said material furnished is      $134,265.61
Total amount unpaid      $134,265.61
The total amount unpaid claimed for which this lien is filed is   **$134,265.61**

(6) The time when the first item of work was performed      8/1/2016
The time when the first item of material was furnished was   8/1/2016
The time when the last item of work was performed      **5/1/2020**
The time when the last item of material was furnished was   **5/1/2020**

(7) The property subject to the lien is situated in the Borough of **Brooklyn**      County of **Kings**
State of New York, and known as Number   **54 Noll Street**
Block - Lot: **3152-1**   **Brooklyn NY**

That said labor and materials were performed and furnished for and used in the improvement of the property herein before described. That 8 months (4 months if a single family dwelling) have not elapsed dating from the last item of worked performed, or from the last items of materials furnished.

Dated: 12/4/2020

**MPI Plumbing Corp.**

_____
Judith Friedman, Agent

# VERIFICATION

**STATE OF NEW YORK, COUNTY OF Kings**                    SS.:                    **CORPORATION**

Judith Friedman being duly sworn, says the deponent is the Agent of **MPI Plumbing Corp.** herein, that deponent has read the foregoing notice of lien and knows the contents thereof, and that the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged upon information and belief, and that as to those matters deponent believes it to be true. The reason why this verification is made by deponent is that deponent is an officer,
to wit, the agent of **MPI Plumbing Corp.**
which is a Domestic corporation, and deponent is familiar with the facts and circumstances herein.

Date 12/4/2020

_____
Judith Friedman, Agent

**JACOB FRIEDMAN**
**NOTARY PUBLIC, State of New York**
**No. 01-FR6107907**
**Qualified in Kings County**
**Commission Expires APRIL 12, 2024**

Affirmed before me on 12/4/2020

_____

**NOTARY SEAL**

**ORIGINAL**

## AFFIDAVIT OF SERVICE OF NOTICE OF MECHANIC'S LIEN

**RECEIVED**
**DEC - 8 2020**
**KINGS COUNTY CLERK'S OFFICE**

**STATE OF NEW YORK, COUNTY OF** Kings                SS.:

The undersigned, being duly sworn, deposes and says that deponent is over 18 years of age, and on 12/4/2020 served the within Notice of Mechanic's Lien on

at   **Evergreen Gardens II LLC**
     **54 Noll Street**
     **Brooklyn NY 11206**                             as owner,

and on  **Brooklyn GC LLC**
at      **APT Developers LLC**
        **199 Lee Ave #693**
        **Brooklyn NY 11211**

By depositing a true copy of same, enclosed in a Certified Mail, postpaid, properly addressed wrapper, in an official depository of the United States Postal Service in New York State.

Date 12/4/2020

Affirmed before me on 12/4/2020

JACOB FRIEDMAN
NOTARY PUBLIC, State of New York
No. 01-FR6107907
Qualified in Kings County
Commission Expires APRIL 12, 2024

NOTARY SEAL

## MECHANIC'S LIEN

**MPI Plumbing Corp.**
**670 Myrtle Ave. #234**
**Brooklyn NY 11205**

*as Lienor*

*against*

**Evergreen Gardens II LLC**
*as Owner*

**Brooklyn GC LLC\ APT Developers LLC**
*as Contractor*

## NOTICE OF LIEN

*Amount*    $134,265.61

*Premises known as*

    **54 Noll Street**
    **Brooklyn NY**

*Block*    3152

*Lot*    1