**KLESTADT WINTERS JURELLER**
  **SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Tracy L. Klestadt
Brendan M. Scott
Christopher Reilly

*Attorneys for Tracy L. Klestadt in his capacity as*
*Court Appointed Plan Administrator for Post-Effective*
*Date Evergreen Gardens Mezz LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
                                                              :
**In re**                                                     :      **Chapter 11**
                                                              :
**EVERGREEN GARDENS MEZZ LLC,** *et al.*    :      **Case No. 21-10335 (MG)**
                                                              :
                        **Debtors.**[1]                       :
                                                              :
                                                              :
                                                              :
--------------------------------------------------------------X

### NOTICE OF PRESENTMENT OF PROPOSED FINAL DECREE
### AND ORDER CLOSING JOINTLY ADMINISTERED CHAPTER 11 CASES

    **PLEASE TAKE NOTICE,** that Tracy L. Klestadt, in his capacity as court appointed Plan Administrator the ("EGM Plan Administrator") for Post-Effective Date Evergreen Gardens Mezz LLC ("EGM") in these chapter 11 cases (the "Chapter 11 Cases"), will present the Final Decree and Order Closing Chapter 11 Cases (the "Proposed Order") attached hereto as **Exhibit A**, to the Honorable Martin Glenn, United States Bankruptcy Judge, for signature on **September 28, 2022 at 12:00 p.m.**

    **PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the Proposed Order shall (i) be in writing; (ii) conform to the Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rules and General Orders; (iii) specify the name of the objecting party and state with specificity the basis of the objection(s) and the specific grounds therefor; (iv) be filed in accordance with the electronic filing procedures for the United States Bankruptcy Court for the Southern

---

1 The debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Evergreen Gardens Mezz LLC (0416); Evergreen Gardens I LLC (2211); and Evergreen Gardens II LLC (6782) (collectively the "Debtors"). The Debtors' principal offices are located at 199 Lee Avenue, Suite 693, Brooklyn, New York 11211.

District of New York, with a proof of service, and a courtesy copy delivered to the Chambers of the Honorable Martin Glenn, One Bowling Green, New York 10004; and (v) be served upon (a) Klestadt Winters Jureller Southard & Stevens, LLP, counsel to the EGM Plan Administrator, 200 West 41st Street, 17th Floor, New York, New York 10036, Attn: Brendan M. Scott, (b) the Office of the United States Trustee, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Andrea B. Schwartz and (c) and all parties having filed a Notice of Appearance, **so as to be received no later than 5:00 p.m. on September 27, 2022.**

**PLEASE TAKE FURTHER NOTICE**, that in the event any objections are timely served and filed, a hearing may be held before the Honorable Martin Glenn, United States Bankruptcy Judge, at a date to be scheduled by the Court, upon such additional notice as the Court may direct. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE**, that unless objections are timely filed and served, the Proposed Order may be signed without a hearing.

Dated: New York, New York
September 20, 2022

**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**

By: _/s/ Brendan M. Scott_
Tracy Klestadt
Brendan Scott
Christopher Reilly
200 West 41st Street, 17th Floor
New York, New York 10036-7203
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: tklestadt@klestadt.com
bscott@klestadt.com
creilly@klestadt.com

*Attorneys for Tracy L. Klestadt in his capacity
as Court Appointed Plan Administrator for
Post-Effective Date Evergreen Gardens Mezz
LLC*